IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GAIL GALLOWAY, :
: CIVIL NO.: 1:00-CV-00649
    Plaintiff :
:
v. : (MJ: J. Andrew Smyser)
: (J: Sylvia H. Rambo)
PENNSYLVANIA BOARD OF :
PROBATION AND PAROLE, :
et al. :
:
    Defendants. :

### ENTRY OF APPEARANCE

    Please enter the appearance of the undersigned Assistant United States Attorney on behalf of William Caldwell in the above captioned case.

    Respectfully submitted,

    DAVID M. BARASCH
    United States Attorney

By: _____
    ANNE K. FIORENZA
    Assistant United States Attorney
    Middle District of Pennsylvania
    Federal Building
    P.O. Box 11754
    228 Walnut Street
    Harrisburg, PA 17108-1754

FILED
HARRISBURG, PA
APR 28 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL GALLOWAY, | : | |
| | : | CIVIL NO.: 1:00-CV-00649 |
| Plaintiff | : | |
| | : | |
| v. | : | (MJ: J. Andrew Smyser) |
| | : | (J: Sylvia H. Rambo) |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| et al. | : | |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

On this 28th day of April, 2000, she served a copy of the foregoing document by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania to:

Gail Galloway
R.D. #1, Box 30
Petersburg, PA 16669

*Rebecca A. Plesic*
REBECCA A. PLESIC
Legal Secretary