IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAIL GALLOWAY, | : |
| | : CIVIL NO.: 1:00-CV-00649 |
| Plaintiff | : |
| | : |
| v. | : (MJ: J. Andrew Smyser) |
| | : (J: Sylvia H. Rambo) |
| PENNSYLVANIA BOARD OF | : |
| PROBATION AND PAROLE, | : |
| et al. | : |
| | : |
| Defendants. | : |

### MOTION TO DISMISS

Defendant, William W. Caldwell, by and through his undersigned counsel, hereby moves this Court to dismiss the plaintiff's complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. A brief in support of this motion will be filed within the time period permitted by the local rules.

Respectfully submitted,

DAVID M. BARASCH
United States Attorney

By: _____
ANNE K. FIORENZA
Assistant United States Attorney
Middle District of Pennsylvania
Federal Building
P.O. Box 11754
228 Walnut Street
Harrisburg, PA 17108-1754

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAIL GALLOWAY, | : |
|     Plaintiff | : CIVIL NO.: 1:00-CV-00649 |
| v. | : (MJ: J. Andrew Smyser) |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al. | : (J: Sylvia H. Rambo) |
|     Defendants. | : |

### CERTIFICATE OF CONCURRENCE

I, Anne K. Fiorenza, hereby certify that I contacted counsel for other defendants in this matter as follows:

Peter McManamon, Esq., counsel for Robert B. Stewart, III, was unavailable;

Francis Filipi, counsel for the remaining defendants, with the exception of Charles Giornesto, concurs in this motion. I have not contacted Ms. Galloway or Mr. Giornesto who are unrepresented by counsel.

_____
ANNE K. FIORENZA
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAIL GALLOWAY, : | CIVIL NO.: 1:00-CV-00649 |
| Plaintiff : | |
| v. : | (MJ: J. Andrew Smyser) |
| : | (J: Sylvia H. Rambo) |
| PENNSYLVANIA BOARD OF : | |
| PROBATION AND PAROLE, : | |
| et al. : | |
| Defendants. : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

On this 20th day of June, 2000, she served a copy of the foregoing document by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania to:

Peter McManamon
200 Penn Street
PO Box 383
Huntingdon, PA 16652

Francis Filipi
Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120

Gail Galloway
RD 1 Box 30
Petersburg, PA 16669

_Rebecca A. Plesic_
REBECCA A. PLESIC
Legal Secretary