IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL GALLOWAY, | : | |
|     Plaintiff, *pro se* | : | Civil Action No. 1:00-CV-00649 |
| | : | |
| v. | : | (MJ: J. Andrew Smyser) |
| | : | (J:   Sylvia H. Rambo) |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| *et al.*, | : | |
|     Defendants | : | |

### RESPONSE TO MOTION TO DISMISS

Gail Galloway, ("Plaintiff"), asks this Court to strike or dismiss defendant William Caldwell's Motion To Dismiss for failure to follow Local Rule 7.1. Defendant's counsel, by her own admission, has stated she did not contact Plaintiff to seek concurrence with the motion as specified by Local Rule 7.1. Plaintiff is prosecuting his case *pro se* and is not a prisoner and should have been contacted prior to filing any motion to seek concurrence.

Therefore, Plaintiff asks this Court to strike or dismiss defendant Caldwell's Motion To Dismiss for failure to comply with Local Rule 7.1.

Respectfully submitted,

*Gail Galloway*
Gail Galloway
R.D.#1, Box 30
Petersburg, PA 16669
(814) 669-9164

Date: June 22, 2000

## CERTIFICATE OF SERVICE

    I certify that I have this day served a true and correct copy of the foregoing document upon the persons named below by First Class United States Mail at the address stated, which is the last known address of each.

Peter McManamon
200 Penn Street
Huntingdon, PA 16652

Francis Filipi
Office of the Attorney General
15th Floor, Strawberry Sq.
Harrisburg, PA 17120

Anne Fiorenza
Assistant United States Attorney
Federal Building
P.O. Box 11754
228 Walnut Street
Harrisburg, PA 17108-1754

Charles Giornesto
11393 Raystown Rd
Saxton, PA 16678-8054

*Gail Galloway* (signature)
Gail Galloway
R.D.#1, Box 30
Petersburg, PA 16669
(814) 669-9164

Date: June 22, 2000