(11)

7/10/00 VG

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL GALLOWAY, | : | CIVIL NO. 1:CV-00-0649 |
| | : | |
| Plaintiff | : | (Judge Rambo) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| et al., | : | |
| | : | |
| Defendants | : | |

ORDER

FILED
HARRISBURG, PA

JUL 0 6 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

The undersigned magistrate judge hereby recuses himself in this case because a defendant is an Article III judge of the Court to which this magistrate judge is appointed.

_____
J. Andrew Smyser
Magistrate Judge

Dated: July 6, 2000.

AO 72A
(Rev.8/82)

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                            July 6, 2000


   Re:  1:00-cv-00649    Galloway v. Pennsylvania Board o



   True and correct copies of the attached were mailed by the clerk
   to the following:


        Gail J. Galloway
        R.D. #1, Box 30
        Petersburg, PA  16669

        Peter M. McManamon, Esq.
        Henry, Corcelius, Gates, Gill & Ody
        200 Penn Street
        P.O.Box 383
        Huntingdon, PA  16652

        Anne K. Fiorenza, Esq.
        Assistant U.S. Attorney
        U.S. Attorney's Office
        228 Walnut Street
        Suite 217
        Harrisburg, PA  17108




cc:
Judge                         ( )
Magistrate Judge              (/)
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen   ( )   PA Atty Gen  ( )
                                       DA of County  ( )   Respondents  ( )
```

```
Bankruptcy Court          (  )
Other_____(  )
```
MARY E. D'ANDREA, Clerk

DATE: _____7/6/00_____        BY: _____
                                       Deputy Clerk