7/11/00
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

JUL 11 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

GAIL GALLOWAY                    :
                                 :
            Plaintiff            :
                                 :
                                 :
     v.                          :          No. 1:00-CV-00649
                                 :
PENNSYLVANIA BOARD OF            :          Judge Rambo
  PROBATION AND PAROLE, *et al.*, :
                                 :          Magistrate Judge Smyser
            Defendants           :

<u>ORDER</u>

AND NOW, this __*10*__ day of July, 2000, upon consideration of the Motion for an

Enlargement of Time in Which to File a Brief in Support of the Motion to Dismiss Filed on Behalf

of Defendants Pennsylvania Board of Probation and Parole, Joseph Smith, Daniel Roberts, George

Johnson, Arthur Thomas, K. Scott Roy, Thomas Ridge, William Ward, Sharon Burks, Seth

Mendelsohn, Fred Jacobs, Neil Mechling and James Morgan, said motion is hereby GRANTED.

Defense counsel may submit his supporting brief on or before Monday, July 10, 2000.

BY THE COURT,

SYLVIA H. RAMBO
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 11, 2000

Re:  1:00-cv-00649    Galloway v. Pennsylvania Board o

True and correct copies of the attached were mailed by the clerk
to the following:

```
Gail J. Galloway
R.D. #1, Box 30
Petersburg, PA  16669

Francis R. Filipi, Esq.
Attorney General's Office
Strawberry Square
15th Floor
Harrisburg, PA  17120

Peter M. McManamon, Esq.
Henry, Corcelius, Gates, Gill & Ody
200 Penn Street
P.O.Box 383
Huntingdon, PA  16652

Anne K. Fiorenza, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
228 Walnut Street
Suite 217
Harrisburg, PA  17108
```

```
cc:
Judge                    (  ✓)
Magistrate Judge         (   )
U.S. Marshal             (   )
Probation                (   )
U.S. Attorney            (   )
Atty. for Deft.          (   )
Defendant                (   )
Warden                   (   )
Bureau of Prisons        (   )
Ct Reporter              (   )
Ctroom Deputy            (   )
Orig-Security            (   )
Federal Public Defender  (   )
```

```
Summons Issued            (  ) with N/C attached to complt. and served by:
                               U.S. Marshal (  )     Pltf's Attorney (  )
Standard Order 93-5       (  )
Order to Show Cause       (  ) with Petition attached & mailed certified mail
                               to:  US Atty Gen   (  )  PA Atty Gen (  )
                                    DA of County  (  )  Respondents (  )
Bankruptcy Court          (  )
Other_____(  )
```

MARY E. D'ANDREA, Clerk

DATE: _7-11-00_____          BY: _Mark J. Henderson_

Deputy Clerk