IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL GALLOWAY, | : | CIVIL ACTION 1:00-CV-00649 |
| Plaintiff | : | |
| | : | FILED |
| v. | : | (Judge Rambo) |
| | : | HARRISBURG, PA |
| PENNSYLVANIA BOARD OF | : | JUL 2 4 2000 |
| PROBATION AND PAROLE, *et al.*, | : | |
| Defendants | : | MARY E. D'ANDREA, CLERK |
| | : | Per _____ Deputy Clerk |

### PLAINTIFF'S OBJECTION TO "BRIEF IN SUPPORT OF MOTION TO DISMISS ON BEHALF OF ROBERT B. STEWART, III

Gail Galloway, ("Plaintiff"), objects to defendant Robert B. Stewart's ("Stewart") Brief in Support of Motion to Dismiss filed on behalf of Robert B. Stewart III. for failure to follow Middle District Court Local Rule 7.5.

Defendant Stewart filed a Motion to Dismiss that was not dated, but Certificate of Service was dated June 27, 2000. Then defendant Stewart filed a brief in support that was not dated, but Certificate of Service was dated July 19, 2000, some twenty three (23) days later.

Local Rule 7.5 states Briefs must be filed within ten (10) days after filing any pretrial motion and goes on further to state: **"If supporting legal briefs are not filed within the time provided in this rule such motion shall be deemed to be withdrawn."**

Therefore, defendant Stewart's Motion to Dismiss was deemed to have been withdrawn and cannot be considered by the Court.

Respectfully submitted,

Gail Galloway
Gail Galloway
R.D.#1, Box 30
Petersburg, PA 16669

Date: July 22, 2000

## CERTIFICATE OF SERVICE

      I certify that I have this day served a true and correct copy of the foregoing document upon the persons named below by First Class United States Mail at the address stated, which is the last known address of each.

Peter McManamon  
200 Penn Street  
Huntingdon, PA  16652

Francis Filipi  
Office of the Attorney General  
15th Floor, Strawberry Sq.  
Harrisburg, PA  17120

Anne Fiorenza  
Assistant United States Attorney  
Federal Building  
P.O. Box 11754  
228 Walnut Street  
Harrisburg, PA  17108-1754

Charles Giornesto  
11393 Raystown Rd  
Saxton, PA  16678-8054

*Gail Galloway* (signature)  
Gail Galloway  
R.D.#1, Box 30  
Petersburg, PA  16669  
(814) 669-9164

Date: July 22, 2000