*See attached*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAIL GALLOWAY,<br><br>    Plaintiff<br><br>v.<br><br>PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE,<br>et al.,<br><br>    Defendants | CIVIL NO. 1:CV-00-0649<br><br>FILED<br>HARRISBURG, PA<br>AUG 7 2000<br>MARY E. D'ANDREA, CLERK<br>Per _____ |

## ORDER

Upon consideration of Defendant Giornesto's motion for enlargement of time to file, **IT IS HEREBY ORDERED THAT** the motion is granted and Defendant's Giornesto's motion to dismiss is deemed timely filed.

SYLVIA H. RAMBO
United States District Judge

Dated: August 7, 2000.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 7, 2000

Re: 1:00-cv-00649   Galloway v. Pennsylvania Board o

True and correct copies of the attached were mailed by the clerk to the following:

    Gail J. Galloway
    R.D. #1, Box 30
    Petersburg, PA   16669

    Francis R. Filipi, Esq.
    Attorney General's Office
    Strawberry Square
    15th Floor
    Harrisburg, PA   17120

    Peter M. McManamon, Esq.
    Henry, Corcelius, Gates, Gill & Ody
    200 Penn Street
    P.O.Box 383
    Huntingdon, PA   16652

    Anne K. Fiorenza, Esq.
    Assistant U.S. Attorney
    U.S. Attorney's Office
    228 Walnut Street
    Suite 217
    Harrisburg, PA   17108

cc:
Judge                      (✓)
Magistrate Judge           ( )
U.S. Marshal               ( )
Probation                  ( )
U.S. Attorney              ( )
Atty. for Deft.            ( )
Defendant                  ( )
Warden                     ( )
Bureau of Prisons          ( )
Ct Reporter                ( )
Ctroom Deputy              ( )
Orig-Security              ( )
Federal Public Defender    ( )

| | | |
|---|---|---|
| Summons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( )   Pltf's Attorney ( ) |
| Standard Order 93-5 | ( ) | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail to: US Atty Gen ( )  PA Atty Gen ( )  DA of County ( )  Respondents ( ) |
| Bankruptcy Court | ( ) | |
| Other_____ | ( ) | |

MARY E. D'ANDREA, Clerk

DATE: 8/7/00

BY: _____
Deputy Clerk