ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
AUG 9 2000
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

| | |
|---|---|
| GAIL GALLOWAY,<br>    Plaintiff | : <br> : <br> : |
| v. | :    CIVIL ACTION No. 1:00-CV-00649 <br> : |
| PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE,<br>*et al.*,<br>    Defendants | :    (Judge Rambo) <br> : <br> : <br> : |

### PLAINTIFF'S OBJECTION TO "MOTION TO DISMISS ON BEHALF OF DEFENDANT CHARLES B. GIORNESTO" AND "MOTION FOR AN ENLARGEMENT OF TIME FILED ON BEHALF OF DEFENDANT CHARLES B. GIORNESTO

Gail Galloway, ("Plaintiff"), objects to the Motion to Dismiss on Behalf of Defendant Charles B. Giornesto, and Motion for an Enlargement of Time Filed on Behalf of Defendant Charles B. Giornesto for failure to follow Middle District Local Rule 7.5.

Plaintiff cannot be held to follow the Rules of Court while the defendants are not following the Rules of Court. Said Motions were filed July 24, 2000 and as of August 8, 2000, Plaintiff has not received a copy of any Brief in Support.

Local Rule 7.5 states Briefs must be filed within ten (10) days after filing any pretrial motion and goes on further to state: **"If supporting legal briefs are not filed within the time provided in this rule such motion shall be deemed to be withdrawn."**

Therefore, Plaintiff cannot answer the Motions because they are deemed to have been withdrawn and cannot be considered by the Court.

Respectfully submitted

Gail Galloway
Gail Galloway
R.D.#1, Box 30
Petersburg, PA 16669

Date: August 8, 2000

## CERTIFICATE OF SERVICE

I certify that I have this day served a true and correct copy of the foregoing document upon the persons named below by First Class United States Mail at the address stated, which is the last known address of each.

Peter McManamon
200 Penn Street
Huntingdon, PA 16652

Francis Filipi
Office of the Attorney General
15th Floor, Strawberry Sq.
Harrisburg, PA 17120

Anne Fiorenza
Assistant United States Attorney
Federal Building
P.O. Box 11754
228 Walnut Street
Harrisburg, PA 17108-1754

Gail Galloway
R.D.#1, Box 30
Petersburg, PA 16669
(814) 669-9164

Date: August 8, 2000