UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 10, 2000

Re:   1:00-cv-00649   Galloway v. Pennsylvania Board o

True and correct copies of the attached were mailed by the clerk to the following:

    Gail J. Galloway
    R.D. #1, Box 30
    Petersburg, PA   16669

    Francis R. Filipi, Esq.
    Attorney General's Office
    Strawberry Square
    15th Floor
    Harrisburg, PA   17120

    Peter M. McManamon, Esq.
    Henry, Corcelius, Gates, Gill & Ody
    200 Penn Street
    P.O. Box 383
    Huntingdon, PA   16652

    Anne K. Fiorenza, Esq.
    Assistant U.S. Attorney
    U.S. Attorney's Office
    228 Walnut Street
    Suite 217
    Harrisburg, PA   17108

```
cc:
Judge                        ( )
Magistrate Judge             (✓)
U.S. Marshal                 ( )
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
```

| | | |
|---|---|---|
| Summons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( )   Pltf's Attorney ( ) |
| Standard Order 93-5 | ( ) | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail to: US Atty Gen ( )   PA Atty Gen ( )   DA of County ( )   Respondents ( ) |
| Bankruptcy Court | ( ) | |
| Other _____ | ( ) | |

MARY E. D'ANDREA, Clerk

DATE: 8/10/00

BY: /s/ SJS
Deputy Clerk