IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GAIL GALLOWAY, : CIVIL NO. 1:CV-00-0649

      Plaintiff,

v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE et al.,

      Defendants.

FILED
HARRISBURG, PA
JAN 0 2 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

In accordance with the foregoing memorandum of law, **IT IS HEREBY ORDERED THAT:**

(1) Defendants Smith, Roberts, Johnson, Thomas, Roy, Ridge, Ward, Burks, Mendelsohn, Jacobs, Mechling, Morgan, and Pennsylvania Board of Probation and Parole's motion to dismiss is **GRANTED.**

(2) Defendant Giornesto's motion to dismiss is **GRANTED.**

(3) Defendant Caldwell's motion to dismiss is **GRANTED.**

(4) Plaintiff's motion for entry of default judgment against Defendant Stewart is **DENIED.**

(5) Defendant Stewart's motion to dismiss is **GRANTED in PART** and **DENIED in PART** such that:

    (a) to the extent that Stewart moves the court to dismiss Plaintiff's claims alleging the instigation of an illegal forfeiture action, said motion is **GRANTED;** and

(b) to the extent that Stewart moves the court to dismiss Plaintiff's due process claims against Stewart based on an alleged conspiracy with Defendant Caldwell, said motion is **DENIED**.

SYLVIA H. RAMBO
United States District Court Judge

January 2, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 2, 2001

Re: 1:00-cv-00649    Galloway v. Pennsylvania Board o

True and correct copies of the attached were mailed by the clerk to the following:

    Gail J. Galloway
    R.D. #1, Box 30
    Petersburg, PA  16669

    Francis R. Filipi, Esq.
    Attorney General's Office
    Strawberry Square
    15th Floor
    Harrisburg, PA  17120

    Peter M. McManamon, Esq.
    Henry, Corcelius, Gates, Gill & Ody
    200 Penn Street
    P.O. Box 383
    Huntingdon, PA  16652

    Anne K. Fiorenza, Esq.
    Assistant U.S. Attorney
    U.S. Attorney's Office
    228 Walnut Street
    Suite 217
    Harrisburg, PA  17108

```
cc:
Judge                       (X )
Magistrate Judge            (  )
U.S. Marshal                (  )
Probation                   (  )
U.S. Attorney               (  )
Atty. for Deft.             (  )
Defendant                   (  )
Warden                      (  )
Bureau of Prisons           (  )
Ct Reporter                 (  )
Ctroom Deputy               (  )
Orig-Security               (  )
Federal Public Defender     (  )
```

```
Summon's Issued             ( )  with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5         ( )
Order to Show Cause         ( )  with Petition attached & mailed certified mail
                                 to:  US Atty Gen   ( )   PA Atty Gen ( )
                                      DA of County  ( )   Respondents ( )
Bankruptcy Court            ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

DATE: January 2nd, 2001                        BY: _____
                                                        Deputy Clerk

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

GAIL GALLOWAY                                          Dist. Ct. Docket # 1:00-CV-0649
    Plaintiff/Appellant

                                                           (Judge Sylvia H. Rambo)

    v.

                                                           Ct. of Appeals Docket #____
PENNSYLVANIA BOARD OF PROB. & PAROLE, et al.
    Defendants/Appellees

NOTICE OF APPEAL FILED 1/29/01    COURT REPORTERS: No

FILING FEE:
Notice of Appeal       ___ Paid    _X_ Not Paid    ___ Seaman
Docket Fee             ___ Paid    _X_ Not Paid    ___ US or Govt.

CJA Appointment: (Attach copy of order) N/A
___Private Attorney
___Defender Association or Federal Public Defender
___Motion Pending

Leave to proceed In Forma Pauperis status, if applicable (attach copy of order)
___Motion Granted In First Instance
___Denied
___Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order) N/A
___Granted
___Denied
___Pending

MOTIONS CURRENTLY PENDING : No

COPIES TO:
Judge Sylvia H. Rambo                          Gail Galloway, Pltf
Francis R. Filipi, Esquire                     Peter M. McManamon, Esquire
Anne K. Fiorenza, AUSA                         ✓File Copy


                                                     Shawna L. Cihak
DATED: February 2, 2001                        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GAIL GALLOWAY,
    Plaintiff, *pro se*

v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE, *et al.*,
    Defendants

CIVIL NO. 1:CV-00-0649
(Judge Rambo)

FILED
HARRISBURG, PA

JAN 2 9 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

### NOTICE OF APPEAL

Gail Galloway, ("Plaintiff"), *pro se*, hereby files this notice of appeal from a final judgment in the above captioned civil action. The Court ordered discovery to commence in the above captioned matter and then promptly dismissed Plaintiff's suit before any discovery could be accomplished and an amended complaint filed. Since there is an allegation of conspiracy in the claim, to dismiss the action without the opportunity to discover the facts to support the claim is a miscarriage of justice.

The Clerk of Courts is hereby requested to file this Notice of Appeal in the above captioned civil action.

Respectfully submitted,

*Gail Galloway*

Gail Galloway, Plaintiff, *pro se*
R.D.#1, Box 30
Petersburg, PA 16669
(814) 669-9164

Date: January 24, 2001

Certified from the record
Date Feb. 2, 2001
Mary E. D'Andrea, Clerk
Per Shawna L. ____
      Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GAIL GALLOWAY, : CIVIL NO. 1:CV-00-0649

      Plaintiff,

v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE et al.,

      Defendants.

FILED
HARRISBURG, PA
JAN 0 2 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

In accordance with the foregoing memorandum of law, **IT IS HEREBY ORDERED THAT:**

(1) Defendants Smith, Roberts, Johnson, Thomas, Roy, Ridge, Ward, Burks, Mendelsohn, Jacobs, Mechling, Morgan, and Pennsylvania Board of Probation and Parole's motion to dismiss is **GRANTED.**

(2) Defendant Giornesto's motion to dismiss is **GRANTED.**

(3) Defendant Caldwell's motion to dismiss is **GRANTED.**

(4) Plaintiff's motion for entry of default judgment against Defendant Stewart is **DENIED.**

(5) Defendant Stewart's motion to dismiss is **GRANTED in PART** and **DENIED in PART** such that:

    (a) to the extent that Stewart moves the court to dismiss Plaintiff's claims alleging the instigation of an illegal forfeiture action, said motion is **GRANTED;** and

(b) to the extent that Stewart moves the court to dismiss Plaintiff's due process claims against Stewart based on an alleged conspiracy with Defendant Caldwell, said motion is **DENIED**.

*[signature]*

SYLVIA H. RAMBO
United States District Court Judge

January 2, 2001