No to purge.

(31)
2-2-01
sc

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GAIL GALLOWAY,
    Plaintiff, *pro se*

v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE, *et al.*,
    Defendants

CIVIL NO. 1:CV-00-0649
(Judge Rambo)

FILED
HARRISBURG, PA

JAN 2 9 2001

MARY E. D'ANDREA, CLERK
PER_____
    DEPUTY CLERK

## NOTICE OF APPEAL

Gail Galloway, ("Plaintiff"), *pro se*, hereby files this notice of appeal from a final judgment in the above captioned civil action. The Court ordered discovery to commence in the above captioned matter and then promptly dismissed Plaintiff's suit before any discovery could be accomplished and an amended complaint filed. Since there is an allegation of conspiracy in the claim, to dismiss the action without the opportunity to discover the facts to support the claim is a miscarriage of justice.

The Clerk of Courts is hereby requested to file this Notice of Appeal in the above captioned civil action.

Respectfully submitted,

*Gail Galloway*

Gail Galloway, Plaintiff, *pro se*
R.D.#1, Box 30
Petersburg, PA 16669
(814) 669-9164

Date:   January 24, 2001