(32

2/7/01
bmm

```
Tue Feb  6 11:24:08 2001

    UNITED STATES DISTRICT COURT

    SCRANTON        , PA

Receipt No.   111 133219
Cashier       pamela

Tender Type  CHECK

Check Number: 3826

Transaction Type  N

O# Code   Div No    Acct
 4667       1      086900

Amount              $   105.00

BEVERLY AND GAIL GALLOWAY RR1 BOX 30
PETERSBURG, PA 16669

NOTICE OF APPEAL IN 1:00-CV-649
```

1:CV-00-649
Notice of Appeal
filed 1/29/01

**FILED**
HARRISBURG, PA

FEB  6 2001

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

MARY E. D'ANDREA
Clerk of Court

(717) 221-3920
FAX  (717) 221-3959

February 7, 2001

Clerk, U.S. Court of Appeals
 for the Third Circuit
21400 U.S. Courthouse
Independence Hall West
601 Market Street
Philadelphia, PA 19106

    IN RE: Galloway vs. Pennsylvania Board of Probation and Parole
       Civil Action No. 00-0649

Dear Mr. Sisk:

    Please be advised that the filing fee/docket fee was paid on February 6, 2001, in the above-captioned matter.

    Thank you for your cooperation in this matter.

                         Very truly yours,

                         MARY E. D'ANDREA, CLERK

                         Ann Severino-Michael
                         Deputy Clerk