INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

GAIL GALLOWAY                                     Dist. Ct. Docket # 1:00-CV-0649
        Plaintiff/Appellant

                                      (Judge Sylvia H. Rambo)

        v.

                                        Ct. of Appeals Docket #____

PENNSYLVANIA BOARD OF PROB. & PAROLE, et al.
        Defendants/Appellees

NOTICE OF APPEAL FILED 1/29/01   COURT REPORTERS: No_____

FILING FEE:
Notice of Appeal        ___ Paid    _X_ Not Paid    ___ Seaman
Docket Fee              ___ Paid    _X_ Not Paid    ___ US or Govt.

CJA Appointment: (Attach copy of order) N/A
____Private Attorney
____Defender Association or Federal Public Defender
____Motion Pending

Leave to proceed In Forma Pauperis status, if applicable (attach copy of order)
___Motion Granted In First Instance
___Denied
___Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order) N/A
____Granted
____Denied
____Pending

MOTIONS CURRENTLY PENDING : No

COPIES TO:
Judge Sylvia H. Rambo                    Gail Galloway, Pltf
Francis R. Filipi, Esquire               Peter M. McManamon, Esquire
Anne K. Fiorenza, AUSA                   File Copy

                                      Shawna L. Cihak
DATED: February 2, 2001                  Deputy Clerk

FILED
HARRISBURG, PA

FEB 7  2001

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

Please return the enclosed copy of this letter as your acknowledgment of receipt.