OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4922

pacer.ca3.uscourts.gov

February 6, 2001

NOTICE OF DOCKETING OF APPEAL

Galloway v. PA Bd Probation

No(s): 00-cv-00649

(Honorable Sylvia H. Rambo)

FILED
HARRISBURG

FEB 12 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

An appeal by **Gail J. Galloway** was filed in the above-captioned case on 1/29/01, and docketed in this Court on 2/6/01, at No. **01-1295**.

Kindly use the Appeals Docket No. **01-1295** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk