35
3-29-01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Galloway v. Pennsylvania Board of Probation and Parole, et al. | Civil No. 1:CV-00-0649 |
| Klinger v. Kinsley Construction Co. | Civil No. 1:CV-00-0947 |
| Remmert v. Tribune Broadcasting | Civil No. 1:CV-00-1200 |

### N O T I C E

**NOTICE IS HEREBY GIVEN** that the deadlines for pretrial memoranda, pretrial conferences and jury selections are moved as follows:

1) The pretrial conferences are moved from July 26, 3001 to Tuesday, July 24, 2001, at the following times:

| | |
|---|---|
| Civil No. 1:CV-00-0649 | **9:00 a.m.** |
| Civil No. 1:CV-00-0947 | **10:00 a.m.** |
| Civil No. 1:CV-00-1200 | **11:00 a.m.** |

FILED
HARRISBURG, PA
MAR 29 2001
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

2) Pretrial memoranda shall be filed no later than noon on July 18, 2001, in conformity with the local rules.

3) Jury selections for cases on the August list are rescheduled from Monday, August 13, 2001, to **9:30 a.m. on Tuesday, August 7, 2001**, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

MARY E. D'ANDREA
Clerk of Court
By Mark Armbruster, Deputy Clerk

Dated: March       , 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 29, 2001

Re:  1:00-cv-00649    Galloway v. Pennsylvania Board o

True and correct copies of the attached were mailed by the clerk to the following:

Gail J. Galloway
R.D. #1, Box 30
Petersburg, PA  16669

Peter M. McManamon, Esq.
Henry, Corcelius, Gates, Gill & Ody
200 Penn Street
P.O. Box 383
Huntingdon, PA  16652

cc:
Judge                         (X)         ( ) Pro Se Law Clerk
Magistrate Judge              ( )         ( ) INS
U.S. Marshal                  ( )         ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   (X)
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )   with N/C attached to complt. and served by:
                                    U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )   with Petition attached & mailed certified mail
                                    to:  US Atty Gen  ( )   PA Atty Gen ( )
                                         DA of County ( )   Respondents ( )
Bankruptcy Court              ( )
Other_____      ( )

                                                    MARY E. D'ANDREA, Clerk

DATE: March 29th, 2001                         BY: _____