**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL GALLOWAY, <br>     Plaintiff | : | CIVIL NO. 1:CV-00-0649 |
| vs. | : | |
| PENNSYLVANIA BOARD OF <br> PROBATION AND PAROLE, et al, <br>     Defendants | : | HONORABLE SYLVIA H. RAMBO |

**DEFENDANT ROBERT B. STEWART'S
MOTION FOR SUMMARY JUDGMENT**

FILED
HARRISBURG
APR 16 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

    Defendant Robert B. Stewart, by and through counsel, and pursuant to Federal Rules of Civil Procedure, Rule 56, hereby requests the Court to grant judgment in his favor and against Plaintiff as there are no genuine issues of material fact in dispute and Defendant Stewart is entitled to judgment as a matter of law.

    WHEREFORE, judgment should be entered against the Plaintiff and in favor of Defendant Robert B. Stewart.

Respectfully submitted,

GILL ODY & McMANAMON

_____
Peter M. McManamon
Supreme Court ID No. 43235
200 Penn Street
Huntingdon, PA 16652
814/643-2460
Attorney for Defendant Robert B. Stewart

Case 1:00-cv-00643-SHR   Document 36   Filed 04/16/2001   Page 2 of 3

## CERTIFICATE OF SERVICE

A certified, true and correct copy of the foregoing Motion for Summary Judgment was served on all interested parties listed below by sending same first class mail, postage prepaid on April 13, 2001 to the following addresses:

Gail Galloway
RD #1, Box 30
Petersburg, PA 16669

_____
Peter M. McManamon