

## UNITED STATES DISTRICT COURT
### for the
### MIDDLE DISTRICT of PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

MARY. E. D'ANDREA
Clerk of Court

(717) 221-39
FAX (717) 221-39

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106



April 23, 2001
FILED
APR 2 6 2001
PER _____
HARRISBURG, PA.   DEPUTY CLERK

RE: Galloway vs. PA Board of Probation and Parole, et al.
Civil Action No. 1:CV-00-649
USCA No. 01-1295

Dear Mr. Sisk:

Enclosed please find:

__x__   One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

_____  Actual Record with one certified copy and one uncertified copy of docket entries.

_____  One certified copy of docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record.

_____  Actual _____ Supplemental Record with one certified copy and one uncertified copy of docket entries.

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Sincerely,

MARY E. D'ANDREA, CLERK

Deputy Clerk




UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT of PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, R.M. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

MARY. E. D'ANDREA
Clerk of Court

(717) 221-3
FAX (717) 221-3

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

April 23, 2001

RE: Galloway vs. PA Board of Probation and Parole, et al.
Civil Action No. 1:CV-00-649
USCA No. 01-1295

Dear Mr. Sisk:

Enclosed please find:

__x__   One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

_____   Actual Record with one certified copy and one uncertified copy of docket entries.

_____   One certified copy of docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record.

_____   Actual _____ Supplemental Record with one certified copy and one uncertified copy of docket entries.

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Sincerely,

MARY E. D'ANDREA, CLERK

Deputy Clerk