42
5-22-01
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAIL GALLOWAY, | CIVIL NO. 1:CV-00-0649 |
| Plaintiff, | |
| v. | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE et al., | FILED<br>HARRISBURG, PA<br>MAY 21 2001<br>MARY E. D'ANDREA, CLERK<br>Per _____<br>Deputy Clerk |
| Defendants. | |

## ORDER

Before the court are Defendant William B. Stewart's motion for summary judgment and Plaintiff's motion to compel and request for sanctions. With respect to the summary judgment motion, Plaintiff argues in his responsive brief that summary judgment is inappropriate because Defendant Stewart has failed to comply with the Federal Rules of Civil Procedure by refusing to answer Plaintiff's interrogatories. In his motion to compel, Plaintiff contends that he served said interrogatories on Defendant Stewart on February 27, 2001, more than one month before the close of discovery.

Defendant Stewart did not reply to Plaintiff's summary judgment argument, and the motion to compel was filed on May 18, 2001, therefore it is unclear whether it is Defendant Stewart's intent to respond thereto. However, the court cannot dispose of the motion for summary judgment until the pending discovery issues are resolved. Accordingly, **IT IS HEREBY ORDERED THAT** Defendant Stewart shall file a brief on or before June 1, 2001, which addresses the

issues raised by Plaintiff's brief in response to the motion for summary judgment and Plaintiff's motion to compel discovery.

                                                                     JUDGE SYLVIA H. RAMBO
                                                                     United States District Judge

Dated: May 21, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

May 21, 2001

Re:  1:00-cv-00649    Galloway v. Pennsylvania Board o

True and correct copies of the attached were mailed by the clerk
to the following:

```
Gail J. Galloway
R.D. #1, Box 30
Petersburg, PA  16669

Peter M. McManamon, Esq.
Henry, Corcelius, Gates, Gill & Ody
200 Penn Street
P.O. Box 383
Huntingdon, PA  16652
```

```
cc:
Judge                           (X)          ( ) Pro Se Law Clerk
Magistrate Judge                ( )          ( ) INS
U.S. Marshal                    ( )          ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )  with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )   PA Atty Gen ( )
                                          DA of County  ( )   Respondents ( )
Bankruptcy Court                ( )
Other_____        ( )
```

MARY E. D'ANDREA, Clerk

DATE: May 21st, 2001                              BY: /s/ Mary J. Armstrong