**ORIGINAL**

FILED
HARRISBURG
JUN 11 2001
MARY E. D'ANDREA, CL
Per_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL GALLOWAY,<br>Plaintiff | : | CIVIL NO. 1:CV-00-0649 |
| vs. | : | |
| PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE, et al,<br>Defendants | : | HONORABLE SYLVIA H. RAMBO |

### AMENDED CERTIFICATE OF SERVICE

A certified, true and correct copy of Defendant Stewart's Brief in Opposition to Plaintiff's Motion to Compel Discovery was served on all interested parties listed below by sending same first class mail, postage prepaid on May 31, 2001 to the following address:

Gail Galloway
RD #1, Box 30
Petersburg, PA 16669

_____
Peter M. McManamon
Supreme Court ID No. 43235
200 Penn Street
Huntingdon, PA 16652
814/643-2460
Attorney for Defendant Robert B. Stewart

LAW OFFICES

# GILL, ODY & MCMANAMON
200 PENN STREET
P. O. BOX 383
HUNTINGDON, PA 16652

C. JEWETT HENRY
(1907-1979)
A. LYNN CORCELIUS
OF COUNSEL

SCOT D. GILL
DAVID A. ODY
PETER M. MCMANAMON

TELEPHONE
814-643-2460
FAX
814-643-3229

8 June 2001

Office of the Clerk
United States District Court
228 Walnut Street
Harrisburg, PA 17108

Re:  Galloway v. County of Huntingdon, et al
     Civil Action 1:CV-00-0649

Dear Clerk of Court:

I have enclosed an Amended Certificate of Service in connection with Defendant Stewart's Brief In Opposition To Plaintiff's Motion To Compel Discovery that was previously filed on June 1, 2001. The certificate erroneously referred to a Motion for Summary Judgment rather than the Brief that had been served on Mr. Galloway. Please file this Amended Certificate of record.

Thank you for your attention to this matter.

Very truly yours,

GILL ODY & McMANAMON

Peter M. McManamon

PMM/g
Enclosure

Henry, Corcelius, Gates, Gill & Ody, LLC