AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA
## JUDGMENT IN A CIVIL CASE

**GAIL GALLOWAY**
Plaintiff

V.

**ROBERT B. STEWART**
Defendant

Case No: 1:00-CV-0649
Judge Sylvia H. Rambo

**FILED**
HARRISBURG, PA

JUL 16 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the Defendant, Robert B. Stewart, and against the Plaintiff, Gail Galloway.

Date: July 16, 2001

Mary E. D'Andrea, Clerk of Court

*Mark J. Armbruster*

(By) Mark J. Armbruster, Deputy Clerk

Certified from the record
Date 7-16-01
Mary E. D'Andrea, Clerk
Per *Mark J. Armbruster*
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 16, 2001

Re:  1:00-cv-00649    Galloway v. Pennsylvania Board o

True and correct copies of the attached were mailed by the clerk to the following:

Gail J. Galloway
R.D. #1, Box 30
Petersburg, PA  16669

Peter M. McManamon, Esq.
Henry, Corcelius, Gates, Gill & Ody
200 Penn Street
P.O. Box 383
Huntingdon, PA  16652

cc:
| | | | |
|---|---|---|---|
| Judge | (X) Rambo | ( ) | Pro Se Law Clerk |
| Magistrate Judge | (X) Smyser | ( ) | INS |
| U.S. Marshal | ( ) | ( ) | Jury Clerk |
| Probation | ( ) | | |
| U.S. Attorney | ( ) | | |
| Atty. for Deft. | ( ) | | |
| Defendant | ( ) | | |
| Warden | ( ) | | |
| Bureau of Prisons | ( ) | | |
| Ct Reporter | ( ) | | |
| Ctroom Deputy | ( ) | | |
| Orig-Security | (X) | | |
| Federal Public Defender | ( ) | | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( )   Pltf's Attorney ( ) | |
| Standard Order 93-5 | ( ) | | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail to: US Atty Gen ( )   PA Atty Gen ( )   DA of County ( )   Respondents ( ) | |
| Bankruptcy Court | ( ) | | |
| Other_____ | ( ) | | |

MARY E. D'ANDREA, Clerk

DATE: July 16th, 2001                                BY: /s/ Mark J. Armstrong