INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

Gail Galloway  
    v.  
Robert B. Stewart

Dist. Ct. Docket  1:CV-00-649  J. Rambo  
Ct. of Appeals Docket # _____

NOTICE OF APPEAL FILED  8/2/01   COURT REPORTER: _____

RECEIVED AUG - 6 2001 U.S.C.A. 3rd. CIR.

**FILING FEE:**  
Notice of Appeal ___ Paid  _x_ Not Paid ___ Seaman  
Docket Fee  ___ Paid  _x_ Not Paid ___ USA or Govt.

**CJA Appointment:** (Attach copy of order)

___ Private Attorney  
___ Defender Association or Federal Public Defender  
___ Motion Pending

RECEIVED AUG 31 2001 U.S.C.A. 3rd. CIR.

**FILED HARRISBURG AUG 0 9 2001 MARY E. D'ANDREA, CLERK Per _____ DEPUTY CLERK**

Leave to proceed <u>In Forma Pauperis</u> status, if applicable

___ Motion Granted  
___ Denied  
___ Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order)

___ Granted  
___ Denied  
___ Pending

**PENDING MOTIONS**   NO  
COPIES TO:

Judge Rambo  
Magistrate Judge Smyser  
Gail Galloway  
Francis R. Filipi, Esquire  
Peter M. McManamon, Esquire  
Anne K. Fiorenza, Esquire  
File Copy

Deft. Address: _____

_/s/_ Deputy Clerk

Please acknowledge receipt of these documents on the enclosed copy of this sheet.