

51
8-10-01
sc

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
*for the*
### MIDDLE DISTRICT OF PENNSYLVANIA



**MARY E. D'ANDREA**
*Clerk of Court*

*U.S. Courthouse*
*228 Walnut Street, Rm. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*



(717) 221-3920
FAX (717) 221-3959

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

August 3, 2001

RE: Gail Galloway vs. Robert B. Stewart
Civil Action No. 1:CV-00-649



Dear Ms. Waldron,
    Enclosed please find:

_____ One certified copy of the docket entries
      to be filed as the Certified List in
      Lieu of the Record.

__x__ Actual Record with one certified copy
      and one uncertified copy of docket
      entries.

_____ One certified copy of docket entries to
      be filed as the Certified List in Lieu
      of the _____ Supplemental Record.

_____ Actual _____ Supplemental Record with
      one certified copy and one uncertified
      copy of docket entries.

**FILED**
**HARRISBURG**

AUG 0 9 2001

MARY E. D'ANDREA, CLERK
Per_____
       DEPUTY CLERK

    Please acknowledge receipt for same on the enclosed duplicate copy of
this letter and return to this office.

                            Sincerely,
                            MARY E. D'ANDREA, CLERK
                            *Jill Cardile*
                            Jill Cardile
                            Deputy Clerk