OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4922

pacer.ca3.uscourts.gov

August 9, 2001

NOTICE OF DOCKETING OF APPEAL

Galloway v. PA Bd Probation

No(s): 00-cv-00649

(Honorable Sylvia H. Rambo)

FILED
HARRISBURG
AUG 1 3 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

An appeal by **Gail J. Galloway** was filed in the above-captioned case on 8/3/01, and docketed in this Court on 8/9/01, at No. **01-3093**.

Kindly use the Appeals Docket No. **01-3093** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk