ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GAIL J. GALLOWAY
    Plaintiff, *pro se*

    v.

PA BD PROBATION, et al.,
    Defendants

CIVIL ACTION NO. 00-cv-00649

J. Rambo

FILED
HARRISBURG

AUG 27 2001

MARY E. D'ANDREA, CL
Per_____
DEPUTY CLERK

### MOTION TO PROCEED IN FORMA PAUPERIS

1. The Plaintiff, Gail J. Galloway, requests to be allowed to proceed *in forma pauperis,* without the need to pay any costs or security.

2. The Plaintiff's financial condition is poor and no funds are available to pay a second additional filing fee for the same appeal in the same civil action.

3. Plaintiff has paid the filing fee, with much undue hardship, in the above captioned civil action and the appeal was docketed as C.A. 01-1295 and put on a stay pending final disposition of the last issue before Plaintiff would be allowed to appeal. At the final disposition of the last issue, Plaintiff filed to have his right to appeal move forward but the Court construed it as a new appeal and issued a new docket number, C.A. 01-3093 which Plaintiff believes is in error because Judge Rambo changed the caption of the case without anyone knowing about it. The caption was changed from *Galloway v. Pa. Board of Probation and Parole, et al.,* to *Galloway v. Robert Stewart.* Plaintiff is appealing the entire above captioned case as it was originally filed.

WHEREFORE, the Petitioner moves this Honorable Court to grant him

AO 240  (Rev. 6/86)  Application to Proceed

# United States District Court

Middle **DISTRICT OF** Pennsylvania

Gail Galloway

v.

PA Board of Probation +
Parole, et al

**APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER**

CASE NUMBER: 01-3093

I, Gail Galloway _____, declare that I am the *(check appropriate box)*

☒ petitioner/plaintiff          ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant        ☐ _____
                                                    *other*

in the above-entitled proceeding; that, in support of my request to proceed without being
required to prepay fees, cost or give security therefor, I state that because of my poverty, I
am unable to pay the costs of said proceeding or give security therefor; that I believe I am
entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend
to present on appeal are briefly stated as follows: I was denied Due process
in my civil Rights complAINT which was dismissed without
The Rights to conduct any discovery for The illegal breakin by
parole agents and wrongful incarceration of Plaintiff.

In further support of this application, I answer the following questions.

1. Are you presently employed?                              Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and
      give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the
      salary and wages per month which you received.
      1996  $400, month

2. Have you received within the past twelve months any money from any of the follow-
   ing sources?
   a. Business, profession or other form of self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends?                    Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?          Yes ☐   No ☒
   d. Gifts or inheritances?                                   Yes ☐   No ☒
   e. Any other sources?                                       Yes ☒   No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

*I Receive $475 month disability which goes to pay The mortgage payment on the house,*

3. Do you own any cash, or do you have money in checking or savings accounts?

Yes ☐    No ☒    (Include any funds in prison accounts.)

If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ☒    No ☐

If the answer is "yes," describe the property and state its approximate value.

*House owned with wife And son which has A Mortgage of About $50,000. on it,*

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

*N/A*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *August 21, 2001*
(Date)

*Gail Galloway*
Signature of Applicant

---

## CERTIFICATE
### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

_____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

---

## ORDER OF COURT

| | |
|---|---|
| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
| _____  _____ <br> *United States Judge*     *Date* | _____  _____ <br> *United States Judge* <br> *or Magistrate*     *Date* |

## CERTIFICATE OF SERVICE

I certify that I have this day served a true and correct copy of the foregoing document upon the persons named below by First Class United States Mail at the address stated, which is the last known address of each.

Peter McManamon
200 Penn Street
Huntingdon, PA 16652
(Counsel for Defendant Stewart)

Francis Filipi
Office of Attorney General
15th Floor, Strawberry Sq.
Harrisburg, PA 17120

Anne K. Fiorenza
Office of United States Attorney
Federal Building
228 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108

Calvin R. Koons
Office of Attorney General
15th Floor, Strawberry Sq.
Harrisburg, PA 17120

Gail Galloway
R.D.#1, Box 30
Petersburg, PA 16669
814-669-9164

Date: August 21, 2001