

**OFFICE OF THE CLERK**
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
*Clerk of Court*

(717) 221-3920
FAX (717) 221-3959

August 28, 2001

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

    RE: GAIL GALLOWAY V. ROBERT B. STEWART
        Case Number: 1:CV-00-649
        USCA Case No: 01-3093 Appeal filed 08/03/01

Dear Ms. Waldron:
    Enclosed please find:

    ___  One certified copy of the docket entries
         to be filed as the Certified List in
         Lieu of the Record.

    ___  Actual Record with one certified copy
         and one uncertified copy of docket
         entries.

    ___  One certified copy of docket entries to be filed as the
         Certified List in Lieu
         of the _____ Supplemental Record

    _x_  Actual_____1ST___ Supplemental Record with
         one certified copy and one uncertified
         copy of docket entries. (Docs. #50 thru #53)

**FILED**
HARRISBURG
SEP 0 4 2001
MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

    Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

        Sincerely,
        MARY E. D'ANDREA, CLERK

        Virginia Gilmore
        Deputy Clerk

Dana Moore 8-31-01



### OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
*for the*
### MIDDLE DISTRICT OF PENNSYLVANIA

*U.S. Courthouse*
*228 Walnut Street, Rm. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*

**MARY E. D'ANDREA**
*Clerk of Court*

(717) 221-3920
FAX (717) 221-3959


*File Copy*

August 28, 2001

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

    RE: GAIL GALLOWAY V. ROBERT B. STEWART
        Case Number: 1:CV-00-649
        USCA Case No: 01-3093 Appeal filed 08/03/01

Dear Ms. Waldron:
    Enclosed please find:

    ___ One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

    ___ Actual Record with one certified copy and one uncertified copy of docket entries.

    ___ One certified copy of docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record

    _x_ Actual ___1ST___ Supplemental Record with one certified copy and one uncertified copy of docket entries. (Docs. #50 thru #53)

    Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

        Sincerely,
        MARY E. D'ANDREA, CLERK

        Virginia Gilmore
        Deputy Clerk