OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

# UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Middle-Harrisburg_ Clerk of District Court    Date _10-1-01_
(District)

_Galloway v. PA Bd Probation_    C. of A. No. _01-3093_
(Caption)

_Gail J. Galloway_
(Appellant)

_00-cv-00649_  _J Rambo_
(D.C. No.)

RECEIVED
HARRISBURG, PA
OCT 05 2001
MARY E. D'ANDREA, CLERK
Per _G/S_

Enclosures:

_10-1-01_ _____ Certified copy of C. of A. Order by the Court/**Clerk**
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s) _____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____
is recalled.

_Lynn Caswell_    (267)-299-_4922_
Deputy Clerk    Telephone Number

Receipt Acknowledge:

_ack'd_
(Name)

_10-5-01_  _GD_
(Date)

Rev. 3/8/95
Appeals (Certified List in Lieu of Record)

EPS-404  September 26, 2001

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 01-3093

Galloway v. Pennsylvania Board of Probation

To:  Clerk

1) Motion for Leave to Proceed In Forma Pauperis

FILED HARRISBURG
OCT 0 5 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

---

The foregoing Motion is granted.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron,
Clerk

For the Court,

*Marcia M. Waldron*

Clerk

Dated: October 1, 2001
LMC/cc: Mr. GJG
AKF
CRK
PMM