

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAIL J. GALLOWAY, | CIVIL NO. 1:CV-00-0649 |
| Plaintiff | |
| v. | (Judge Rambo) |
| | (Magistrate Judge Smyser) |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, *et al.*, | |
| Defendants | |



## ORDER

**IT IS HEREBY ORDERED THAT** the captioned action is remanded to the magistrate judge for proceedings consistent with the opinion and order of the United States Court of Appeals for the Third Circuit filed in this district on June 18, 2002.

SYLVIA H. RAMBO
United States District Judge

Dated: June 19, 2002.