IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GAIL J. GALLOWAY,** | : | **CIVIL NO. 1:CV-00-0649** |
| **Plaintiff** | : | |
| **v.** | : | **(Judge Rambo)** |
| **PENNSYLVANIA BOARD OF** | : | **(Magistrate Judge Smyser)** |
| **PROBATION AND PAROLE,** *et al.,* | : | |
| **Defendants** | : | |

**O R D E R**

**F I L E D**

JUN 2 7 2002

PER _____
HARRISBURG, PA   DEPUTY CLERK

    **IT IS HEREBY ORDERED THAT** this court's order dated June 19, 2002, which remanded the captioned action to the magistrate judge, is vacated. The Clerk of Court shall delete from the docket the reference to the magistrate judge.

_____
SYLVIA H. RAMBO
United States District Judge

Dated: June **27** , 2002.