(60)
7-31-02
mm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAIL GALLOWAY, | CIVIL NO. 1:CV-00-0649 |
| Plaintiff, | |
| v. | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE et al., | |
| Defendants. | |



FILED
JUL 3 1 2002
PER_____mm
HARRISBURG, PA. DEPUTY CLERK

### ORDER

It has come to the court's attention that the first page of this court's memorandum and order of July 16, 2002 (Doc. 59) was printed in error. Accordingly, **IT IS HEREBY ORDERED THAT:**

(1) The first page of Document 59, memorandum and order dated July 16, 2002, is **STRICKEN**;

(2) The attached page shall be substituted for the stricken portion of the July 16 2002 memorandum and order.

SYLVIA H. RAMBO
United States District Judge

Dated: July 31, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GAIL GALLOWAY,** | : CIVIL NO. 1:CV-00-0649 |
| **Plaintiff,** | : |
| v. | : |
| **PENNSYLVANIA BOARD OF PROBATION AND PAROLE et al.,** | : |
| **Defendants.** | : |



**MEMORANDUM**

I.  **Background**[1]

Plaintiff, Gail Galloway, was released on parole on September 14, 1994. Plaintiff's house was searched on June 1, 1998, and various weapons were found in the bedroom of Plaintiff's 27 year old son, David Galloway. Plaintiff was subsequently incarcerated for 15½ months following the Pennsylvania Board of Probation and Parole's finding that Plaintiff had violated his parole.

The instant action arises out of the June 1, 1998 search and seizure; certain events that occurred during Plaintiff's subsequent incarceration; the disposition of Plaintiff's petition for writ of habeas corpus; and a forfeiture action involving the seized weapons. The named Defendants include: the Pennsylvania Board of Probation and Parole and sixteen other individuals including employees and officials of the Board; the Pennsylvania Department of Corrections; the former Governor of Pennsylvania; the District Attorney of Huntingdon County,

---

[1] For a complete recitation of the allegations contained in Plaintiff's complaint, see this court's memorandum and order of January 2, 2001.