IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**GAIL GALLOWAY,** : CIVIL NO. 1:CV-00-0649

    **Plaintiff,**

    v.

**PENNSYLVANIA BOARD OF
PROBATION AND PAROLE et al.,**

    **Defendants.**

### ORDER



Upon consideration of Plaintiffs' motion for extension of time to file an amended complaint, **IT IS HEREBY ORDERED THAT** Plaintiff's amended complaint is due on or before August 16, 2002.

SYLVIA H. RAMBO
United States District Court

Dated: August 5, 2002