IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**GAIL GALLOWAY,**

    Plaintiff,

v.

**PENNSYLVANIA BOARD OF
PROBATION AND PAROLE** *et al.*,

    Defendants.

CIVIL NO. 1:CV-00-0649



FILED
SEP 2 6 2002
PER _____
HARRISBURG, PA   DEPUTY CLERK

### ORDER

In accordance with the foregoing memorandum of law **IT IS HEREBY ORDERED THAT** Defendant Stewart's Motion to Dismiss is **GRANTED**. Any future filings by Plaintiff in this matter, relating to Defendant Stewart, will automatically be stricken, *sua sponte*.

                                                 SYLVIA H. RAMBO
                                                 United States District Court

Dated: September __, 2002