(73)
10/18/02
MR

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GAIL GALLOWAY,  :  CIVIL NO. 1:CV-00-0649
      Plaintiff,  :
    v.  :
PENNSYLVANIA BOARD OF  :
PROBATION AND PAROLE *et al.*,  :
      Defendants.  :



## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT** Defendants' motion to dismiss is **GRANTED**. The Clerk of Court shall enter judgment in accordance with the court's orders and close the file.

                                      SYLVIA H. RAMBO
                                      United States District Judge

Dated: October /8 , 2002.