(74)
10/18/02
MA

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
## JUDGMENT IN A CIVIL CASE

Gail Galloway
    Plaintiff

Case No: 1:00-CV-0649
Judge Sylvia H. Rambo

V.

Pennsylvania Board of Probation and Parole;
Joseph Smith, Daniel Roberts, George Johnson;
Charles Giornesto; Robert B. Stewart, III;
Arthur Thomas; K. Scott Roy; Thomas Ridge;
William Ward; Sharon Burke; William Caldwell;
Seth Mendelsohn; Fred Jacobs; Neil Mechlin;
James Morgan,
    Defendants



FILED
OCT 1 8 2002
PER_____MA_____
HARRISBURG, PA  DEPUTY CLERK

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of the defendants, Pennsylvania Board of Probation and Parole; Joseph Smith, Daniel Roberts, George Johnson; Charles Giornesto; Robert B. Stewart, III; Arthur Thomas; K. Scott Roy; Thomas Ridge;William Ward; Sharon Burke; William Caldwell;Seth Mendelsohn; Fred Jacobs; Neil Mechlin James Morgan, and against the plaintiff, Gail J. Galloway.

Date: October 18th, 2002

**Mary E. D'Andrea, Clerk of Court**

(By) Mark J. Armbruster, Deputy Clerk