**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAIL GALLOWAY,<br>  Plaintiff, *pro se*<br><br>v.<br><br>PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE, *et al.*,<br>  Defendants | :<br>:<br>:  CIVIL NO. 1:CV-00-0649<br>:  (Judge Rambo)<br>:<br>:<br>:<br>: |

FILED
HARRISBURG, PA
NOV 1 3 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## NOTICE OF APPEAL

Gail Galloway, ("Plaintiff"), *pro se*, hereby files this notice of appeal from a final judgment in the above captioned civil action. The Court did not order discovery in the above captioned matter and promptly dismissed Plaintiff's suit before any discovery could be accomplished. Since there is an allegation of conspiracy in the claim, to dismiss the action without the opportunity to discover the facts to support the claim is a miscarriage of justice.

The Clerk of Courts is hereby requested to file this Notice of Appeal in the above captioned civil action. Plaintiff also requests that the court granted forma pauperis status be continued in this case as Plaintiff's financial status has not improved.

Respectfully submitted,

*Gail Galloway*
Gail Galloway, Plaintiff, *pro se*
R.D.#1, Box 30
Petersburg, PA 16669
(814) 669-9164

Date:   November 8, 2001

## **CERTIFICATE OF SERVICE**

      I certify that I have this day served a true and correct copy of the foregoing document upon the persons named below by First Class United States Mail at the address stated, which is the last known address of each.

Peter McManamon  
200 Penn Street  
Huntingdon, PA 16652  
(Counsel for Defendant Stewart)

Francis Filipi  
Office of Attorney General  
15th Floor, Strawberry Sq.  
Harrisburg, PA 17120

*Gail Galloway* (signature)  
Gail Galloway  
R.D.#1, Box 30  
Petersburg, PA 16669  
814-669-9164

Date: November 9, 2002

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

CAPTION:                                                    DISTRICT COURT NO. __1:00-CV-649__

Gail Galloway                                               CT. OF APPEALS NO. _____
        Vs
PA Board of Probation and Parole, et al.


NOTICE OF APPEAL FILED                    COURT REPORTER(S) _____None_____

FILING FEE:

NOTICE OF APPEAL ___PAID  _X_ NOT PAID  ___SEAMAN

DOCKET FEE     ___PAID  _X_ NOT PAID  ___USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
        (Attach Copy of Order)
_X_ MOTION GRANTED(IN FIRST INSTANCE)
    Mtn to proceed IFP for prior appeal granted.  Filing fee was paid in the District Court Case.
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
        (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING


COPIES TO:
Judge Rambo
Magistrate Judge Smyser
Gail J. Galloway
Francis R. Filipi, Esquire
Anne K. Fiorenza, Esquire
Peter M. McManamon, Esquire
File Copy


                                        PREPARED BY _____Renee M. Brtalik_____
                                                         Deputy Clerk
Date: November 14, 2002

EPS-404                                                September 26, 2001
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 01-3093

Galloway v. Pennsylvania Board of Probation

To:  Clerk

1) Motion for Leave to Proceed In Forma Pauperis

**FILED HARRISBURG**
OCT 0 5 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

---

The foregoing Motion is granted.

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron,
Clerk

For the Court,

*Marcia M. Waldron*
Clerk

Dated:     October 1, 2001
LMC/cc:   Mr. GJG
          AKF
          CRK
          PMM



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*(570) 207-5600   FAX (570) 207-5650*
*Internet Address: www.pamd.uscourts.gov*

*Divisional Offices:*

*Harrisburg:   (717) 221-3920*
*Williamsport: (570) 323-6380*

MARY E. D'ANDREA
*Clerk of Court*

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:     Gail Galloway v. Pennsylvania Board of Probation and Parole, et al.
          USDC NO:  1:00-CV-649
          USCA NO:
          E-mail Account: All correspondence should be sent to the e-mail account:
          PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

   _____           Civil Prisoner Case: Case file and docket sheet available through RACER.

   __X__           Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.
                         *Docs 1-44 not scanned, 45-46 scanned, 47-55 not scanned, 56-74 scanned.*

   _____           Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.

   _____           Civil Prisoner Case: ___ Supplemental Record filed.  Documents and docket sheet available through RACER.

   _____           Non-Prisoner Civil Case or Criminal Case:
                         ____ Supplemental Record filed. Docket Sheet available through RACER.

        The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

                                                             Very truly yours,

                                                             s/   Renee M. Brtalik
                                                                 Deputy Clerk

Date: __November 14, 2002__

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                      November 14, 2002
```

Re:  1:00-cv-00649    Galloway v. Pennsylvania Board o


True and correct copies of the attached were mailed by the clerk
to the following:

```
    Gail J. Galloway
    R.D. #1, Box 30
    Petersburg, PA  16669

    Francis R. Filipi, Esq.
    Office of Attorney General
    15th Floor
    Strawberry Square
    Harrisburg, PA  17120   Fax No.: 17177724526


    Peter M. McManamon, Esq.
    Henry, Corcelius, Gates, Gill & Ody
    200 Penn Street
    P.O.Box 383
    Huntingdon, PA  16652

    Anne K. Fiorenza, Esq.
    Assistant U.S. Attorney
    U.S. Attorney's Office
    228 Walnut Street
    Suite 217
    Harrisburg, PA  17108   Fax No.: 17172214493
```

```
cc:
Judge                              (X)            ( ) Pro Se Law Clerk
Magistrate Judge                   (X)            ( ) INS
U.S. Marshal                       ( )            ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( )  with N/C attached to complt. and served by:
                                        U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( )  with Petition attached & mailed certified mail
                                        to:  US Atty Gen   ( )   PA Atty Gen ( )
                                             DA of County  ( )   Respondents ( )

Bankruptcy Court                   ( )
Other_____      ( )
                                                       MARY E. D'ANDREA, Clerk
```

DATE: November 14, 2002                    BY: Renee Brtalik
                                                Deputy Clerk



Clerk of Courts
U.S. District Court
Middle District of PA.
228 Walnut St.
P.O. Box 983
Harrisburg, PA 17108