76
RB 11/14

## Return Receipt

Your document: 1:00-CV-649

was received by: Lynn Lopez/CA03/03/USCOURTS

at: 11/14/2002 03:50:51 PM

**FILED**
HARRISBURG, PA

NOV 1 4 2002

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk