OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE

215-299-4922

November 18, 2002

NOTICE OF DOCKETING OF APPEAL

Galloway v. PA Bd Probation

No. 00-cv-00649

(Honorable Sylvia H. Rambo)



FILED HARRISBURG, PA NOV 18 2002 MARY E. D'ANDREA, Clerk

An appeal by **(Gail Galloway)** was filed in the above-caption case on 11/13/02, and docketed in this Court on 11/18/02, at No. **02-4183**.

Kindly use the Appeals Docket No. **02-4183** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **Lynn Lopez** at Lynn_Lopez@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**