cc: Judge Rambo, MJ Smyser

**MARCIA M. WALDRON**
CLERK

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

__Middle-Harrisburg__ Clerk of District Court
(District)

Date __December 9, 2002__

__Galloway v. PA Bd Probation__
(Caption)

C. of A. No. __02-4183__

__Gail J. Galloway__
(Appellant)

RECEIVED
HARRISBURG, PA
DEC 09 2002
MARY E. D'ANDREA, CLERK
Per _____

__00-cv-00649__
(D.C. No.)

Enclosures:

__December 9, 2002__ Certified copy of C. of A. Order by the Clerk
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s) _____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

__Lynn Lopez__    (267)-299-__4922__
Deputy Clerk        Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 02-4183</u>

Galloway

vs.

PA Bd Probation, et al.

Gail J. Galloway, Appellant

(Middle District of Pennsylvania Civil No. 00-cv-00649)

O R D E R

FILED
HARRISBURG, PA
DEC 0 9 2002
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

_____
Marcia M. Waldron,
Clerk

For the Court,

_____
Clerk

Date: December 9, 2002

cc:
    Mr. Gail J. Galloway
    Francis R. Filipi, Esq.