OFFICE OF THE CLERK

# United States Court of Appeals

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

MARCIA M. WALDRON
CLERK

TELEPHONE
215-597-2995

__Middle-Harrisburg__ Clerk of District Court        Date __August 13, 2003__
    (District)

__Galloway v. PA Bd Probation__                      C. of A. No. __02-4183__
    (Caption)

__Gail J. Galloway__
    (Appellant)

__00-cv-00649__
    (D.C. No.)

Enclosures:

__August 13, 2003_____ Certified copy of C. of A. Order by the Court
    (Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
            is recalled.

                                        __Lynn Lopez__         (267)-299-__4922__
                                         Deputy Clerk          Telephone Number
Receipt Acknowledge:

_____
    (Name)

_____
    (Date)
                                                          Rev. 3/13/00
                                    Appeals (Certified List in Lieu of Record)

BPS-259                                                                 July 10, 2003
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. <u>02-4183</u>

GAIL J. GALLOWAY

vs.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, ET AL.

(M.D. PA. CIV. NO. 00-CV-00649)

Present: BARRY, AMBRO AND ALDISERT, <u>CIRCUIT JUDGES</u>

    Submitted are:

(1)    Appellant's motion to re-open;

(2)    Appellant's motion to proceed <u>in forma pauperis</u>; and

(3)    By the Clerk, the within appeal for possible dismissal under 28 U.S.C. § 1915(e)(2)(B)

    in the above-captioned case.

                                    Respectfully,

                                    Clerk

MMW/EAW/zm/lml

_____ ORDER_____

The foregoing motions to re-open the appeal and to proceed <u>in forma pauperis</u> are granted. The appeal will not be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The Clerk is directed to issue a briefing schedule. In addition to the issues the parties choose to brief, the parties should address whether Appellant's due process challenge to his parole revocation proceeding was properly dismissed under the rule in <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994), given that Appellant had completed his sentence prior to filing this § 1983 action[1].

A True Copy:

_____
Marcia M. Waldron,
Clerk

Dated: AUG 13 2003

lml\cc: Mr. GJG, CRK

By the Court,

_____
Chief Judge

---

[1]Judge Aldisert dissents and would have affirmed Judge Rambo's opinion.