IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GAIL J. GALLOWAY,** | **CIVIL NO. 1:CV-00-0649** |
| **Plaintiff** | |
| v. | **(Judge Rambo)** |
| **PENNSYLVANIA BOARD OF PROBATION AND PAROLE,** *et al.*, | |
| **Defendants** | |

## O R D E R

Pursuant to the January 28, 2004, mandate from the Third Circuit Court of Appeals, which remanded the case to this court for further consideration of Plaintiff's Fourth Amendment claim of false arrest/false imprisonment, **IT IS HEREBY ORDERED THAT:**

1) The deadline for completion of discovery on the Fourth Amendment claim is April 1, 2004.

2) Dispositive motions <u>and</u> supporting briefs shall be filed no later than April 16, 2004. The briefing schedule set forth in the Middle District local rules shall apply to responsive and reply briefs.

3) Motions *in limine* **and** supporting briefs shall be filed no later than June 18, 2004. Responsive briefs are due no later than June 28, 2004. Reply briefs are due by July 2, 2004.

4) This case is placed on the August 2004 trial list. Jury selection for cases on the August list will begin at 9:30 a.m. on Monday, August 2, 2004, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trials will commence following jury selection. If counsel who intends to try the case has a conflict, the court must be notified immediately.

5) A pretrial conference will be conducted by the court on Friday, July 16, 2004, at 10:00 a.m. in the chambers of Courtroom No. 3.

6) No later than noon on Friday, July 9, 2004, the parties shall file pretrial memoranda in accordance with the local rules of this court. Plaintiff shall also file *in camera* with the court an addendum to the pretrial memoranda indicating the name and substance of the testimony of each witness the parties intend to call. Plaintiff is to note that "*in camera*" refers to the fact that the court will not disclose his witness list and proposed witness testimony. **Failure to timely file pretrial memoranda or the required addendum may result in sanctions, including dismissal**.

7) The Clerk of Court is directed to send to the parties a copy of this court's "Pretrial Memorandum" form.

8) If the parties file trial memoranda, they must be filed five (5) business days before trial.

9) Whenever any civil action scheduled for jury trial is settled or otherwise disposed of in advance of trial, jurors' costs, including mileage and per diem, shall be assessed equally against the parties unless the Clerk's Office at the place the trial is to be held is notified of the settlement in sufficient time to permit the Clerk to advise the jurors that their attendance will not be necessary.  Notice to such Clerk's Office before 5:00 p.m. on the last business day preceding the day on which the trial of the action is to start shall be adequate for such purpose.

           s/Sylvia H. Rambo
           Sylvia H. Rambo
           United States District Judge

Dated:  January 29, 2004.