OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
| Clerk | 21400 United States Courthouse | 267-299-4922 |

601 Market Street
Philadelphia PA 19106-1790

www.ca3.uscourts.gov

February 19, 2004

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA   17108

**RE: Docket No. 02-4183**
    **Galloway  vs. PA Bd Probation**
    **D.C. No. 00-cv-00649**

Dear Mrs. D'Andrea:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

                                    Very truly yours,
                                    MARCIA M. WALDRON
                                    Clerk

                              By:   *Lynn Lopez*
                                    Lynn Lopez
                                    Case Manager

Enclosure

cc: Gail J. Galloway
    Calvin R. Koons, Esq.
    Peter M. McManamon, Esq.