IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL GALLOWAY | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 1:00-CV-00649 |
| | : | |
| PENNSYLVANIA BOARD OF | : | Judge Rambo |
| PROBATION AND PAROLE, *et al.*, | : | |
| | : | Magistrate Judge Smyser |
| Defendants | : | |

ORDER

AND NOW, this _____ day of March, 2004, upon consideration of the Motion for an Enlargement of Time to Respond to the Amended Complaint, said motion is hereby GRANTED. Defense counsel may file and serve his response(s) to the amended complaint on or before Monday, March 29, 2004.

BY THE COURT,

_____
SYLVIA H. RAMBO
United States District Judge