IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL GALLOWAY | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 1:00-CV-00649 |
| | : | |
| PENNSYLVANIA BOARD OF | : | Judge Rambo |
| PROBATION AND PAROLE, *et al.*, | : | |
| | : | Magistrate Judge Smyser |
| Defendants | : | |

MOTION FOR AN ENLARGEMENT OF
TIME IN WHICH TO RESPOND TO
I N T E R R O G A T O R I E S

Joseph Smith, Daniel Roberts, George Johnson, Charles B. Giornesto, and William Ward, by their attorneys, ask the Court to enlarge the time to respond to Interrogatories propounded to them by ten days. They supply the following information in support of this request.

1. On February 17, 2004, plaintiff served by mail on Joseph Smith, Daniel Roberts, George Johnson, Charles B. Giornesto, and William Ward one

copy each of his first set of interrogatories by mailing them to defense counsel.[1]

2. Therefore if service is considered effective, responses are due on March 22, 2004.

2. The only claim remaining after remand by the Court of Appeals regards whether Smith had probable cause to arrest plaintiff on June 1, 1998.

3. At or about the time counsel for defendants was seeking plaintiff's concurrence in a motion for enlargement of time to respond to the amended complaint, plaintiff informed defense counsel that the Court had issued a January 29, 2004, Order establishing various deadlines in the action. This was the first time defense counsel was aware of the January 29, 2004, Order.

4. Defense counsel contacted the Clerk's Office and learned that the reason he had not received electronic notification of the Order was because he was listed as "terminated" on the docket. Counsel assumed that this would be rectified by this contact.

5. Today, while seeking plaintiff's concurrence in a ten day enlargement to respond to the interrogatories, counsel learned for the first time that

---

[1] Because Plaintiff is proceeding pro se counsel is overlooking the fact insufficient number of copies were served.

the Court had issued a revised scheduling Order on March 3, 2004, which included a direction to plaintiff to file a second amended complaint. Counsel went on line in the PACER system and discovered that he is still listed as "terminated." It appears that the earlier contact with the Clerk's Office did not cause a change in the status of defense counsel in this litigation and counsel can only assume that this is the reason counsel did not receive electronic notification of the March 3, 2004, Order.

6. Counsel pointed out to plaintiff in this afternoon's conversation that some of the defendants from whom he seeks discovery were not involved in the decision to arrest plaintiff on June 1, 2004. Plaintiff explained that he recognized that some of these defendants were probably no longer proper parties because they were not involved in either the decision to arrest him on June 1, 1998, (particularly former Chairman William Ward and former District Director Daniel Roberts) or in supplying the information which he believes caused that arrest, but that he hoped to obtain information from them he felt they either uniquely possessed or to which they had better access to it than did the other defendants. Plaintiff also stated that he was hoping to avoid the burden of preparing a second amended complaint (as he is currently

required to do under the March 3, 2004, Order). Counsel, who had not read the March 3, 2004, Order, suggested that perhaps the parties could file an appropriate stipulation of voluntary dismissal as to the defendants whom plaintiff agrees should be dismissed (and some form of concurrence as to which of the paragraphs of the amended complaint relate to the sole remaining issue) to avoid plaintiff having to file a whole new amended complaint. Plaintiff seemed amenable to this suggestion.

7. Plaintiff has graciously concurred in defense counsel's request for the ten-day motion.

WHEREFORE, defendants Joseph Smith, Daniel Roberts, George Johnson, Charles B. Giornesto, and William Ward request until Thursday, April 1, 2004, to file responses to interrogatories propounded to them.

                    Respectfully submitted,

                    GERALD J. PAPPERT
                    Attorney General

BY:   *s/ Francis R. Filipi*
        FRANCIS R. FILIPI
        Senior Deputy Attorney General
        Attorney ID# 18630

        SUSAN J. FORNEY
        Chief Deputy Attorney General
        Chief, Litigation Section

        Counsel for Defendants Pennsylvania Board of Probation and Parole, Joseph Smith, Daniel Roberts, George Johnson, Arthur Thomas, K. Scott Roy, Thomas Ridge, William Ward, Sharon Burks, Seth Mendelsohn, Fred Jacobs, Neil Mechling and James Morgan

OFFICE OF ATTORNEY GENERAL
Litigation Section
15th Floor, Strawberry Square
Harrisburg PA 17120
E-Mail: ffilipi@attorneygeneral.gov
Direct Dial: (717) 787-3874
FAX: (717) 772-4526

DATE: March 22, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL GALLOWAY | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 1:00-CV-00649 |
| | : | |
| PENNSYLVANIA BOARD OF | : | Judge Rambo |
| PROBATION AND PAROLE, *et al.*, | : | |
| | : | Magistrate Judge Smyser |
| Defendants | : | |

<u>CERTIFICATE OF CONCURRENCE</u>

I, FRANCIS R. FILIPI, hereby certify that concurrence in the Motion for an Enlargement of Time in Which to Respond to Interrogatories was sought from plaintiff and he has concurred.

                                                       *s/ Francis R. Filipi*
                                                      FRANCIS R. FILIPI

DATED: March 22, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL GALLOWAY | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | No. 1:00-CV-00649 |
| | : | |
| PENNSYLVANIA BOARD OF | : | Judge Rambo |
|  PROBATION AND PAROLE, *et al.*, | : | Magistrate Judge Smyser |
|     Defendants | : | |

CERTIFICATE OF SERVICE

I, FRANCIS R. FILIPI, Senior Deputy Attorney General, hereby certify that on this date I caused to be served a copy of the foregoing Motion for an Enlargement of Time to Respond to Interrogatories, by depositing a copy in the United States Mail, postage prepaid, first class, in Harrisburg, PA, addressed to the following:

    Gail Galloway
    R.D. #1, Box 30
    Petersburg, PA 16669

    Plaintiff

                                   *s/ Francis R. Filipi*
                                   FRANCIS R. FILIPI
                                   Senior Deputy Attorney General

DATED:  March 22, 2004