IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL GALLOWAY | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | No. 1:00-CV-00649 |
| | : | |
| PENNSYLVANIA BOARD OF | : | Judge Rambo |
| PROBATION AND PAROLE, *et al.*, | : | |
|     Defendants | : | |

<u>ORDER</u>

AND NOW, this _____th day of March, 2004, upon consideration of the motion for an enlargement of time filed on behalf of defendants, IT IS HEREBY ORDERED that the motion is GRANTED. Defendants Smith, Roberts, Johnson, Giornesto, and Ward may respond to the plaintiff's first set of interrogatories on or before Thursday, April 1, 2004.

BY THE COURT:

_____
SYLVIA H. RAMBO
U.S. District Judge