IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL J. GALLOWAY, | : | |
| Plaintiff, | : | No. 1:CV000-0649 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| PENNSYLVANIA BOARD OF | : | Electronically Filed |
| PROBATION AND PAROLE, et al. | : | |
| Defendants, | : | |

### REENTRY OF APPEARANCE

Please reenter my appearance on behalf of Defendants Joseph Smith, Daniel Roberts, George Johnson, Charles B. Giornesto, and William Ward in the above captioned case (as I am presently listed as terminated and am not being served with any Orders docketed in this matter).

                                            GERALD PAPPERT
                                            Attorney General

                              By:  *s/Francis R. Filipi*
                                            FRANCIS R. FILIPI

Office of Attorney General            Senior Deputy Attorney General
15th Floor, Strawberry Square      Civil Litigation Section
Harrisburg, PA 17120
Phone: (717) 787-3874               SUSAN J. FORNEY
Fax:    (717) 772-4526               Chief, Civil Litigation Section

Date: March 23, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL J. GALLOWAY, | : | |
| Plaintiff, | : | No. 1:CV000-0649 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| PENNSYLVANIA BOARD OF | : | Electronically Filed |
| PROBATION AND PAROLE, et al. | : | |
| Defendants, | : | |

## CERTIFICATE OF SERVICE

I, Francis R. Filipi, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on March 23, 2004, I caused to be served a true and correct copy of the foregoing document titled **Reentry of Appearance** by depositing same in the United States Mail, first-class postage prepaid to the following:

Gail Galloway
R.D. #1, Box 30
Petersburg, PA 16669

                                                  *s/Francis R. Filipi*
                                                  FRANCIS R. FILIPI
                                                  Senior Deputy Attorney General