IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Galloway v. Pennsylvania Board of Probation and Parole,** *et al.* | : : : | **Civil No. 1:CV-00-0649** |
| **Brown v. Vicky,** *et al.* | : : | **Civil No. 1:CV-03-0507** |
| **Elberson v. Commonwealth of Pennsylvania,** *et al.* | : : : | **Civil No. 1:CV-03-1161** |
| **Henderson v. Ansbach,** *et al.* | : : | **Civil No. 1:CV-03-1736** |
| **Hoover,** *et al.* **v. Stewart,** *et al.* | : : | **Civil No. 1:CV-03-1781** |
| **Mattes v. Derry Township Police Department,** *et al.* | : : : | **Civil No. 1:CV-03-1875** |
| **SCANPORT, Inc. v. D & H Distributing Company** | : : | **Civil No. 1:CV-03-2316** |

## **O R D E R**

**IT IS HEREBY ORDERED THAT** the date for jury selection for cases on the October 2004 list is moved from October 4, 2004 to Tuesday, October 12, 2004 at 9:30 a.m. All other provisions of any case management orders issued in the captioned cases remain unchanged.

                                                s/Sylvia H. Rambo
                                                Sylvia H. Rambo
                                                United States District Judge

Dated: April 19, 2004.