IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL GALLOWAY | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 1:00-CV-00649 |
| | : | |
| PENNSYLVANIA BOARD OF | : | Judge Rambo |
| PROBATION AND PAROLE, *et al.*, | : | |
| Defendants | : | |

ORDER

AND NOW, this 20th day of April, 2004, upon consideration of the motion for an enlargement of time filed on behalf of defendants, IT IS HEREBY ORDERED that the motion is GRANTED. Defendants Smith, Roberts, Johnson, Giornesto, and Ward may respond to the plaintiff's first amended complaint on or before Friday, April 23, 2004.

BY THE COURT:

s/Sylvia H. Rambo
SYLVIA H. RAMBO
U.S. District Judge