IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL GALLOWAY | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | No. 1:00-CV-00649 |
| | : | |
| PENNSYLVANIA BOARD OF | : | Judge Rambo |
| PROBATION AND PAROLE, *et al.*, | : | |
|     Defendants | : | |

<u>ORDER</u>

AND NOW, this _____th day of _____, 2004, upon consideration of the defendants' motion for summary judgment, IT IS HEREBY ORDERED that the motion is GRANTED. Judgment is entered in favor of defendants and against plaintiff. The Clerk is directed to enter judgment consistent with this Order and to close the docket.

                                            BY THE COURT:

                                            _____
                                            SYLVIA H. RAMBO
                                            U.S. District Judge