IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GAIL J. GALLOWAY,** : | **CIVIL NO. 1:CV-00-0649** |
| **Plaintiff** : | |
| : | **(Judge Rambo)** |
| v. : | |
| : | |
| **PENNSYLVANIA BOARD OF** : | |
| **PROBATION AND PAROLE,** *et al.*, : | |
| **Defendants** : | |

# **O R D E R**

**IT IS HEREBY ORDERED THAT** the pretrial conference scheduled for September 17, 2004, is **rescheduled** to Thursday, September 16, 2004 at 10:00 a.m. in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

          s/Sylvia H. Rambo
          Sylvia H. Rambo
          United States District Judge

Dated: September 9, 2004.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GAIL J. GALLOWAY,** : | **CIVIL NO. 1:CV-00-0649** |
| **Plaintiff** : | |
| : | **(Judge Rambo)** |
| v. : | |
| : | |
| **PENNSYLVANIA BOARD OF** : | |
| **PROBATION AND PAROLE,** *et al.*, : | |
| **Defendants** : | |

# O R D E R

**IT IS HEREBY ORDERED THAT** the pretrial conference scheduled for September 17, 2004, is **rescheduled** to Thursday, September 16, 2004 at 10:00 a.m. in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

    s/Sylvia H. Rambo
    Sylvia H. Rambo
    United States District Judge

Dated: September 9, 2004.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GAIL J. GALLOWAY,** : | **CIVIL NO. 1:CV-00-0649** |
| Plaintiff : | |
| : | **(Judge Rambo)** |
| v. : | |
| **PENNSYLVANIA BOARD OF** : | |
| **PROBATION AND PAROLE,** *et al.*, : | |
| Defendants : | |

## O R D E R

**IT IS HEREBY ORDERED THAT** the pretrial conference scheduled for September 17, 2004, is **rescheduled** to Thursday, September 16, 2004 at 10:00 a.m. in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

    s/Sylvia H. Rambo
    Sylvia H. Rambo
    United States District Judge

Dated: September 9, 2004.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GAIL J. GALLOWAY,** : | **CIVIL NO. 1:CV-00-0649** |
| Plaintiff : | |
| : | **(Judge Rambo)** |
| v. : | |
| **PENNSYLVANIA BOARD OF** : | |
| **PROBATION AND PAROLE,** *et al.*, : | |
| Defendants : | |

# O R D E R

**IT IS HEREBY ORDERED THAT** the pretrial conference scheduled for September 17, 2004, is **rescheduled** to Thursday, September 16, 2004 at 10:00 a.m. in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

                                              s/Sylvia H. Rambo
                                              Sylvia H. Rambo
                                              United States District Judge

Dated: September 9, 2004.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GAIL J. GALLOWAY,** | **CIVIL NO. 1:CV-00-0649** |
| **Plaintiff** | |
| v. | **(Judge Rambo)** |
| **PENNSYLVANIA BOARD OF PROBATION AND PAROLE,** *et al.*, | |
| **Defendants** | |

## **O R D E R**

**IT IS HEREBY ORDERED THAT** the pretrial conference scheduled for September 17, 2004, is **rescheduled** to Thursday, September 16, 2004 at 10:00 a.m. in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

        s/Sylvia H. Rambo
        Sylvia H. Rambo
        United States District Judge

Dated: September 9, 2004.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GAIL J. GALLOWAY,** : | **CIVIL NO. 1:CV-00-0649** |
| **Plaintiff** : | |
| : | **(Judge Rambo)** |
| v. : | |
| **PENNSYLVANIA BOARD OF** : | |
| **PROBATION AND PAROLE,** *et al.*, : | |
| **Defendants** : | |

# O R D E R

**IT IS HEREBY ORDERED THAT** the pretrial conference scheduled for September 17, 2004, is **rescheduled** to Thursday, September 16, 2004 at 10:00 a.m. in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

                                                                s/Sylvia H. Rambo
                                                                Sylvia H. Rambo
                                                                United States District Judge

Dated: September 9, 2004.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GAIL J. GALLOWAY,** : | **CIVIL NO. 1:CV-00-0649** |
| **Plaintiff** : | |
| : | **(Judge Rambo)** |
| v. : | |
| **PENNSYLVANIA BOARD OF** : | |
| **PROBATION AND PAROLE,** *et al.*, : | |
| **Defendants** : | |

# **O R D E R**

**IT IS HEREBY ORDERED THAT** the pretrial conference scheduled for September 17, 2004, is **rescheduled** to Thursday, September 16, 2004 at 10:00 a.m. in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

    s/Sylvia H. Rambo
    Sylvia H. Rambo
    United States District Judge

Dated: September 9, 2004.