IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL J. GALLOWAY, | : | |
| Plaintiff, | : | No. 1:CV-00-0649 |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, et al. | : | |
| Defendants, | : | (Judge Rambo) |

MOTION TO RESCHEDULE PRETRIAL
CONFERENCE AND TRIAL

Defendants hereby move this Court for an order rescheduling the pretrial conference and trial in this matter for the following reasons:

1. This action is currently scheduled for September 17, 2004 with jury selection set for October 12, 2004.

2. A pretrial conference, which had been scheduled for September 17, 2004 has been rescheduled to September 16, 2004.

3. Counsel for the defendants has been out of the office since August 30, 2004 and will not return to the office by the time of the pretrial conference on September 16, 2004.

4. Currently pending before this Court is Defendant's Motion for Summary Judgment. This motion has been fully briefed and is awaiting disposition.

5. Resolution of this motion may eliminate the need for trial altogether. Alternatively, it may limit issues or reduce the number of defendants so the parties will better know the scope for the trial.

6. For these reasons, defendants respectfully request that the pretrial conference be rescheduled and that this case be removed from the October list.

7. Defendants apologize to the Court and to the plaintiff for any inconvenience this late motion has engendered.

>  Respectfully submitted,
>
>  GERALD J. PAPPERT
>  Attorney General
>
>  BY: *s/Daniel J. Doyle*
>  Daniel J. Doyle
>  Senior Deputy Attorney General
>
>  On Behalf of
>  Francis R. Filipi
>  Senior Deputy Attorney General
>  Litigation Section

Office of Attorney General
15th Fl., Strawberry Square
Harrisburg, PA 17120
Direct: (717) 787-3874

Date: September 14, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL J. GALLOWAY, | : | |
| Plaintiff, | : | No. 1:CV-00-0649 |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, et al. | : | |
| Defendants, | : | (Judge Rambo) |

## CERTIFICATE OF SERVICE

I, Daniel J. Doyle, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on September 14, 2004, I caused to be served a true and correct copy of the foregoing document titled Motion to Reschedule Pretrial Conference and Trial, by depositing same in the United States Mail, first-class postage prepaid to the following:

Gail Galloway
R.D. #1, Box 30
Petersburg, PA 16669

                                                 s/Daniel J. Doyle
                                                 DANIEL J. DOYLE
                                                 Senior Deputy Attorney General