# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GAIL J. GALLOWAY,  :
      Plaintiff,  :   No. 1:CV-00-0649
        :
v.  :
        :
PENNSYLVANIA BOARD OF  :
PROBATION AND PAROLE, et al.  :
      Defendants,  :   (Judge Rambo)

## ORDER

And now this _____ day of September, 2004, upon consideration of Defendant's Motion to Reschedule Pretrial Conference and Trial, it is hereby ordered that this case is removed from the October trial list and the pretrial conference scheduled for Thursday, September 16, 2004 is rescheduled to _____, 2004.

_____
Sylvia H. Rambo
United States District Judge