# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL J. GALLOWAY, | : | |
|     Plaintiff, | : | No. 1:CV-00-0649 |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al.: | : | |
|     Defendants, | : | (Judge Rambo) |

## CERTIFICATE OF CONCURRENCE

On September 13, 2004, the undersigned telephoned the residence of plaintiff to seek concurrence in this motion but nobody answered. A message was left on an answering machine but, as of this time, no return telephone call has been received.

*s/Daniel J. Doyle*
Daniel J. Doyle
Senior Deputy Attorney General