IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GAIL J. GALLOWAY,** : | **CIVIL NO. 1:CV-00-0649** |
| **Plaintiff** : | |
|  : | **(Judge Rambo)** |
| v. : | |
|  : | |
| **PENNSYLVANIA BOARD OF** : | |
| **PROBATION AND PAROLE,** *et al.*, : | |
|  : | |
| **Defendants** : | |

## O R D E R

Upon consideration of Defendants' motion for continuance of the pretrial memoranda deadline, pretrial conference and trial date, **IT IS HEREBY ORDERED THAT:**

1) The motion is granted.

2) The pretrial conference scheduled for September 16, 2004, is **rescheduled** to Friday, November 19, 2004 at 1:30 p.m. in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

3) Pretrial memoranda shall be filed no later than no later than noon on Friday, November 12, 2004, in accordance with the local rules of this court. Plaintiff shall also file *in camera* with the court an addendum to the pretrial memoranda indicating the name and substance of the testimony of each witness he intends to call. Plaintiff is to note that *"in camera"* refers to the fact that the court will not disclose his witness list and proposed witness testimony. **Plaintiff is reminded that failure**

**to timely file pretrial memoranda or the required addendum may result in sanctions, including dismissal**.

        4) This case is removed from the October 2004 trial list and is added to the December 2004 trial list. Jury selection for cases on the December list will begin at 9:30 a.m. on Monday, December 6, 2004, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trials will commence following jury selection. If counsel who intends to try the case has a conflict, the court must be notified immediately.

        5) If the parties file trial memoranda, they must be filed five (5) business days before trial.

        6) Whenever any civil action scheduled for jury trial is settled or otherwise disposed of in advance of trial, jurors' costs, including mileage and per diem, shall be assessed equally against the parties unless the Clerk's Office at the place the trial is to be held is notified of the settlement in sufficient time to permit the Clerk to advise the jurors that their attendance will not be necessary. Notice to such Clerk's Office before 5:00 p.m. on the last business day preceding the day on which the trial of the action is to start shall be adequate for such purpose.

        s/Sylvia H. Rambo
        Sylvia H. Rambo
        United States District Judge

Dated: September 14, 2004.