IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GAIL GALLOWAY,** | **CIVIL NO. 1:CV-00-0649** |
| **Plaintiff** | |
| v. | |
| **PENNSYLVANIA BOARD OF PROBATION AND PAROLE,** *et al.*, | |
| **Defendants** | |

## O R D E R

**IT IS HEREBY ORDERED THAT** the pretrial conference on November 19, 2004 is moved from 1:30 p.m. to 9:00 a.m. in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. All other provisions of previous scheduling and case management orders remain unchanged.

        s/Sylvia H. Rambo
        Sylvia H. Rambo
        United States District Judge

Dated: November 9, 2004.