**ATTACHMENT 1**

## CLERK'S EXHIBIT LISTING

Abbreviated Case Name: *Galloway v. Pennsylvania Board of Probation & Parole*

Docket No.: 1:CV-00-0649

Name of Party Submitting List: Joseph M. Smith, Defendant

| Exhibit No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 1 | Hearing Report From | 08/11/1998 | | | |
| 2 | Request for Administrative Relief | 01/11/1999 | | | |
| 3 | Board Notice of Determination | 12/02/1998 | | | |
| 4 | Letter denying request for Administrative Relief | 01/22/1999 | | | |
| 5 | Entry of appearance by counsel | 08/11/1998 | | | |
| 6 | Hearing examiner's finding | 06/09/1998 | | | |
| 7 | Preliminary/detention hearing report | 06/09/1998 | | | |
| 8 | Warrant to Commit and Detain | 06/01/1998 | | | |
| 9 | Notice of change and hearing | 06/03/1998 | | | |
| 10 | Conditions of parole (signed) | 09/14/1994 | | | |
| 11 | Confiscation Report | 06/01/98 | | | |
| 12 | Photographs of confiscated weapons (10 pictures) | undated | | | |
| 13 | Firearms trace reports (10 reports) | 06/09/1998 | | | |
| 14 | Journal entries | 06/01/1998 | | | |