**ATTACHMENT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL J. GALLOWAY | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 1:00-CV-0649 |
| | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, *et al.*, | : | (Judge Rambo) |
| | : | |
| | : | (Electronically Filed) |
| Defendants | : | |

## DEFENDANT'S PROPOSED SPECIAL VERDICT QUESTIONS

GERALD J. PAPPERT
Attorney General

By:   Francis R. Filipi
Senior Deputy Attorney General

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
717-787-3874
Date:   November 12, 2004

1.  Did Gail Galloway have the power and the intention to exercise dominion or control over the guns in his son's room, either directly or through his son?

      YES            _____

      NO             _____

INSTRUCTIONS:

If you checked "yes" above, sign the verdict form and return to the courtroom.

If you checked "no" above, go to question #2.

2.  Was Gail Galloway injured by his arrest?

    YES      _____

    NO      _____

INSTRUCTION:

If you checked "yes" above, go to question 3.

If you checked "no" above, sign the verdict form and return to the courtroom.

3.   What amount of damages has Gail Galloway proven will compensate him fairly for his injuries?

$ _____

INSTRUCTIONS:

Please sign the verdict form and return to the courtroom.

_____
JURY FOREPERSON

Date: