ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL J. GALLOWAY, | : | |
| Plaintiff | : | |
| | : | No. 1:CV-00-0649 |
| v. | : | |
| | : | (Judge Rambo) |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| *et al.*, | : | |
| Defendants | : | |

FILED
HARRISBURG, PA
NOV 15 2004
MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

MOTION FOR CONTINUANCE

Gail Galloway, ("Plaintiff"), in the above captioned action seeks a continuance from the Court due to Plaintiff's medical condition and substantial loss of records and loss of computer and word processing equipment in the severe flooding caused by the recent hurricanes. Plaintiff has spoken to Mr. Filipi, counsel for the defendants a couple times and Mr. Filipi concurs with Plaintiff's request for a continuance until March 30, 2005.

Plaintiff has been in failing health recently and suffered a severe lung infection to start with. Then Plaintiff was having other problems and it was discovered Plaintiff has diabetes. Then in mid September, 2004, Plaintiff suffered a heart attack and was hospitalized. The hospital tried to control Plaintiff's worsening diabetes while he was being treated for the heart condition.

Plaintiff was transported from the J. C. Blair Hospital in Huntingdon, PA to the Altoona General Hospital in Altoona. Pa for treatment of the heart problems. Plaintiff was given a cathorization on one day and discovered a 80 to 90% blockage in the main heart artery. The following day, Dr. Ford did an angioplasty and placed a stent in the main heart artery to open it up. Plaintiff suffered complications from the procedure and had internal bleeding which spread to the surface skin in the form of massive black and blue marks from Plaintiffs knee to the upper part of Plaintiff's chest and half way around Plaintiff's body. The bleeding was finally controlled, but it left a large mass of blood clot that has been a consistent problem and has to dissolve its way out of Plaintiff's system. Plaintiff is still suffering many health problems related to these events.

When Plaintiff was able to return home, he discovered that the heavy rains from the hurricanes that caused untold damage to central PA had caused his basement office to flood and caused the loss of about 80% of the Plaintiff's legal material pertaining to this case. It also caused damage to Plaintiff's computer and word processing capabilities. This physical damage to Plaintiff's electronic equipment has been a drastic hindrance to Plaintiff because Plaintiff did not have the funds to replace the equipment and was being buried by massive medical bills from the stays at the two hospitals and the surgical procedures performed. Plaintiff is also taking a lot of medication for the diabetes and heart condition and has difficulty functioning well.

These events are documented at the hospitals and Plaintiff has given the details to Mr. Filipi, counsel for the defendants in this action.

Therefore, due to Plaintiff's worsening medical condition and the flood damage

that destroyed the largest part of Plaintiff's legal material and equipment in this case, Plaintiff asks the Court for a continuance until at least March 30, 2005 to recover and try to reassemble his legal material.

                                      Respectfully submitted,

                                      Gail J. Galloway
                                      R.D. #1, Box 30
                                      Petersburg, PA  16669
                                      (814) 669-9164

November 10, 2004

## UNSWORN DECLARATION

Gail Galloway, ("Plaintiff"), affirms in this unsworn declaration under penalty of perjury that the facts set forth in the enclosed document are true and correct to the best of Plaintiff's knowledge and belief.

November 10, 2004

Gail J. Galloway

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAIL GALLOWAY,<br>    Plaintiff<br><br>v.<br><br>PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE, *et al.*,<br>    Defendants | :<br>:<br>:  No. 1:CV-00-0649<br>:<br>:  (Judge Rambo)<br>:<br>:<br>:<br>: |

## CERTIFICATE OF CONCURRENCE

Gail Galloway, ("Plaintiff"), in the above captioned action has spoken by telephone to Francis Filipi, counsel for the Defendants in the above captioned case on two separate occasions to seek his concurrence with the enclosed motion for a continuance until March 30, 2005, and Mr. Filipi has on both occasions graciously agreed and concurred with the Plaintiff's enclosed Motion for Continuance.

Respectfully submitted,

*Gail Galloway*
Gail Galloway
R.D.#1, Box 30
Petersburg, PA 16669

November 10, 2004

## Certificate of Service

I, Gail Galloway, certify that on this 10th day of November, 2004, I served a copy of the enclosed document upon the following:

Francis Filipi
Office of the Attorney General
15th floor, Strawberry Square
Harrisburg, PA 17120

*Gail Galloway*
Gail Galloway