IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GAIL GALLOWAY,** | **CIVIL NO. 1:CV-00-0649** |
|     **Plaintiff** | |
|     **v.** | |
| **PENNSYLVANIA BOARD OF PROBATION AND PAROLE,** *et al.*, | |
|     **Defendants** | |

## **O R D E R**

Before the court is Plaintiff's motion for continuance of the pretrial conference and trial date. The motion has the concurrence of counsel for Defendants. Accordingly, **IT IS HEREBY ORDERED THAT**:

    1) The motion is granted.

    2) This case is removed from the December 2004 trial list and is added to the May 2005 trial list. Jury selection for cases on the May list will begin at 9:30 a.m. on Monday, May 2, 2005, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

    3) The pretrial conference is continued from November 19, 2004, to Friday, April 15, 2005, at 1:30 p.m. in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

4) The deadline for filing pretrial memoranda is moved to noon on April 8, 2005, and shall be filed in accordance with the local rules of this court. Plaintiff shall also file *in camera* with the court an addendum to the pretrial memoranda indicating the name and substance of the testimony of each witness the parties intend to call. Plaintiff is to note that "*in camera*" refers to the fact that the court will not disclose his witness list and proposed witness testimony. **Failure to timely file pretrial memoranda or the required addendum may result in sanctions, including dismissal**.

5) All other provisions of previous scheduling and case management orders remain unchanged.

       s/Sylvia H. Rambo
       Sylvia H. Rambo
       United States District Judge

Dated: November 15, 2004.