IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GAIL GALLOWAY,
    Plaintiff

v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE, *et al.*,
    Defendants

CIVIL NO. 1:CV-00-0649
(Judge Rambo)

FILED
HARRISBURG, PA
APR 0 7 2005
MARY E. D'ANDREA, CLERK
Per _____ CW
    Deputy Clerk

## MOTION FOR EXTENSION OF TIME

Gail Galloway, (Plaintiff), in the above captioned matter continues to be in bad health, taking medication and under doctor care for a severe lung and breathing disorder as well as heart problems and diabetes which has caused a severe hardship for Plaintiff. The Plaintiff's continuing health problems and trying to rebuild his case from the flood damaged papers, documents and records in late 2004 has made it extremely difficult to reassemble documents and records necessary to prosecute his case adequately.

Plaintiff has contacted the office of the Defendant's counsel and found the he will be out of the office until late April. Plaintiff has requested the Office of Attorney General of Pennsylvania as supervisor's of Defendant's Counsel for an extension of time which The Office of Attorney General has agreed to and informed Plaintiff to file for a Motion For Extension of Time.

Therefore, Plaintiff requests at least a 60 day extension.

Respectfully submitted,

Gail Galloway
Gail Galloway
R.D.#1, Box 30
Petersburg, PA 16669
(814) 669-9164

April 4, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAIL GALLOWAY,<br>    **Plaintiff** | :<br>:<br>: |
| v. | :     CIVIL NO. 1:CV-00-0649 |
| PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE, *et al.*,<br>    **Defendants** | :<br>:     (Judge Rambo)<br>:<br>: |

### CERTIFICATE OF CONCURRENCE

Francis Filipi, Office of Attorney General, 15th Floor, Strawberry Square, Harrisburg, PA, Counsel for Defendants in the above captioned matter will be out of his office until late April. Plaintiff has therefore contacted the Office of Attorney General of Pennsylvania to seek concurrence with the attached Motion For Extension of Time. Mr. Filipi's supervisor has graciously concurred with Plaintiff's request for at least a 60 day extension of time.

Respectfully submitted,

*Gail Galloway*
Gail Galloway, Plaintiff
R.D.#1, Box 30
Petersburg, PA 16669
(814) 669-9164

Date: April 4, 2005

## CERTIFICATE OF SERVICE

I certify that I have this day served a true and correct copy of the foregoing document upon the persons named below by First Class United States Mail, prepaid, at the address stated, which is the last known address of each.

>Francis Filipi
>Office of Attorney General
>15th Floor, Strawberry Square
>Harrisburg, PA  17120

>*Gail Galloway* (signature)
>Gail Galloway
>R.D.#1, Box 30
>Petersburg, PA  16669
>814-669-9164

Date:  April 5, 2005

Gail Galloway
RD 1 Box 30
Petersburg, PA 16669

Office of The Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

