IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GAIL GALLOWAY,** : | **CIVIL NO. 1:CV-00-0649** |
| **Plaintiff** : | |
| v. : | |
| **PENNSYLVANIA BOARD OF** : | |
| **PROBATION AND PAROLE,** *et al.*, : | |
| **Defendants** : | |

# **O R D E R**

Upon consideration of Plaintiff's motion for extension of time, **IT IS HEREBY ORDERED THAT:**

1) The motion is granted.

2) Pretrial memoranda shall be filed in conformity with the local rules no later than **noon on June 10, 2005**.

3) The pretrial conference is moved from April 15, 2005 to **Friday, June 17, 2005 at 11:00 a.m.** in the chambers of Courtroom No. 2.

4) This case is removed from the May 2005 trial list and placed on the July 2005 trial list. Jury selection for cases on the July list will begin at 9:30 a.m. on Tuesday, July 5, 2005, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trials will commence following the completion of jury selections. A date certain for trial may be discussed at the pretrial conference; however, the parties and counsel are expected to be prepared to go forward with trial at anytime during the trial term.

     5) **NO FURTHER EXTENSIONS WILL BE GRANTED**.

        s/Sylvia H. Rambo  
        Sylvia H. Rambo  
        United States District Judge

Dated: April 7, 2005.