IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GAIL GALLOWAY,** | **CIVIL NO. 1:CV-00-0649** |
| **Plaintiff** | |
| v. | |
| **PENNSYLVANIA BOARD OF PROBATION AND PAROLE,** *et al.*, | |
| **Defendants** | |

## ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED THAT** no later than noon on June 6, 2005, Defendant Charles Giornesto shall show cause why he should not be compelled to respond to the interrogatories propounded by Plaintiff.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: May 26, 2005.