IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL GALLOWAY,<br>    Plaintiff | : | CIVIL NO. 1:CV-00-0649 |
| | : | |
| v. | : | |
| | : | (Judge Rambo) |
| PENNSYLVANIA BOARD OF<br>PROBATION AND PAROLE, *et al.*,<br>    Defendants | : | |

### ORDER

AND NOW, this ____ day of _____, 2005, Plaintiff's Motion To Compel for Defendant Giornesto to fully answer Interrogatories he has repeatedly refused to answer is GRANTED. Defendant Giornesto shall have 10 days to comply with this ORDER.

BY THE COURT

_____
Sylvia Rambo, Judge