

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

May 18, 2005

TOM CORBETT
ATTORNEY GENERAL

Litigation Section
15th Floor, Strawberry Square
Harrisburg PA 17120
E-Mail: ffilipi@attorneygeneral.gov
Direct Dial: (717) 787-3874
FAX: (717) 772-4526

Gail Galloway
R.D. #1, Box 30
Petersburg, PA 16669

           Re:   *Galloway v. Pennsylvania Board of Probation and Parole*,
                 No. 1:00:CV:00649 (M.D.Pa.)

Dear Mr. Galloway:

       I received your additional interrogatories propounded to Mr. Giornesto this morning. I will not ask Mr. Giornesto to respond to them for the following reasons: 1. By Order dated March 3, 2004, the discovery period closed on May 14, 2004, more than a year ago. I know of no enlargement of the discovery period; 2. By Order of September 14, 2004, the Court granted Mr. Giornesto summary judgment, meaning he is no longer a party to this action; and 3. Mr. Giornesto no longer lives in Pennsylvania and I have no way to contact him directly. You may only propound interrogatories to someone who is still a party and during the discovery period.

                                  Sincerely,

                                    Francis R. Filipi
                                  Senior Deputy Attorney General
                                  Attorney ID# 18630

FRF\ms