

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

April 1, 2004

**Gerald J. Pappert**
Attorney General

Litigation Section
15th Floor, Strawberry Square
Harrisburg PA 17120
E-Mail: ffilipi@attorneygeneral.gov
Direct Dial: (717) 787-3874
FAX: (717) 772-4526

Gail Galloway
R.D. #1, Box 30
Petersburg, PA 16669

    Re:   *Galloway v. Pennsylvania Board of Probation and Parole*, No. 1:00:CV:00649 (M.D.Pa.)

Dear Mr. Galloway:

    Here are the responses to the interrogatories propounded to Messrs.. Johnson and Smith. As soon as I obtain the executed verification from Mr. Smith, I will send you a copy. I have been unable to contact Mr. Giornesto since the remand as he is on an extended vacation and there is no phone number available to speak to him. Frankly, while I appreciate the fact that you feel he caused your troubles, as a legal matter as Mr. Smith alone made the decision to arrest you on June 1, 1998, he alone would be held liable if this decision violated your Fourth Amendment rights. This would be true even if Mr. Giornesto had falsely told others that your son wanted to buy you a gun for your birthday and regardless of what you believe motivated Mr. Giornesto to utter this allegedly false statement. You were arrested by Mr. Smith because of the weapons found in your house and not because your son had plans to buy you a gun. Given this, I am hoping you will agree to voluntarily dismiss Mr. Giornesto.

    Sincerely,

    *Francis R. Filipi*
    Francis R. Filipi
    Senior Deputy Attorney General
    Attorney ID# 18630

FRF\ms