

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

April 23, 2004

**Gerald J. Pappert**
Attorney General

Litigation Section
15th Floor, Strawberry Square
Harrisburg PA 17120
E-Mail: ffilipi@attorneygeneral.gov
Direct Dial: (717) 787-3874
FAX: (717) 772-4526

Gail Galloway
R.D. #1, Box 30
Petersburg, PA 16669

Re:   *Galloway v. Pennsylvania Board of Probation and Parole*, No. 1:00:CV:00649 (M.D.Pa.)

Dear Mr. Galloway:

Here is the answer as well as a copy of the documents to which earlier responses to your interrogatories referred. Despite the fact you represented to me earlier this week that you had not been served with a copy and that your son had not shared the documents with you, I note that Mr. Mendelsohn served copies on you. I have double-sided the documents to save paper. As I stated in my April 12, 2004, letter, even if Mr. Giornesto falsely told others that your son wanted to buy you a gun for your birthday and regardless of what you believe motivated Mr. Giornesto to utter this allegedly false statement it had no effect on the decision by Mr. Smith to arrest you. You were arrested by Mr. Smith because of the weapons found in your house and not because your son had plans to buy you a gun. Given this, I continue to hope you will agree to voluntarily dismiss Mr. Giornesto. Let me know your thoughts on this matter.

Sincerely,

Francis R. Filipi
Senior Deputy Attorney General
Attorney ID# 18630

FRF\ms