COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

July 15, 2004

**Gerald J. Pappert**
Attorney General

Litigation Section
15th Floor, Strawberry Square
Harrisburg PA 17120
E-Mail: ffilipi@attorneygeneral.gov
Direct Dial: (717) 787-3874
FAX: (717) 772-4526

Gail Galloway
R.D. #1, Box 30
Petersburg, PA 16669

      Re:    *Galloway v. Pennsylvania Board of Probation and Parole*,
              No. 1:00:CV:00649 (M.D.Pa.)

Dear Mr. Galloway:

      Here is a copy of the answers to your interrogatories propounded to Mr. Giornesto. As I stated in my April 12, 2004, letter, even if Mr. Giornesto falsely told others that your son wanted to buy you a gun for your birthday and regardless of what you believe motivated Mr. Giornesto to utter this allegedly false statement it had no effect on the decision by Mr. Smith to arrest you. You were arrested by Mr. Smith because of the weapons found in your house and not because your son had plans to buy you a gun. Given this, I continue to hope you will agree to dismiss Mr. Giornesto voluntarily. Let me know your thoughts on this matter.

                              Sincerely,

                              Francis R. Filipi
                              Senior Deputy Attorney General
                              Attorney ID# 18630

FRF\ms